```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
 2                     NORTHERN DIVISION
     UNITED STATES OF AMERICA,)
 3         Plaintiff ,        )
                              )
 4         vs.                )   CRIMINAL CASE NO. RDB-20-0139
                              )
 5   ANDRE BRISCOE,           )
           Defendant.         )
 6   _____)

 7                   Wednesday, January 4, 2022
                         Courtroom 7A
 8                     Baltimore, Maryland

 9                     Sentencing Hearing

10   BEFORE:  THE HONORABLE RICHARD D. BENNETT, Judge

11
     For the Plaintiff:
12   Paul Budlow, Esquire
     Assistant United States Attorney
13   36 S. Charles Street, Fourth Floor
     Baltimore, Maryland  21201
14
     For the Defendant:
15   William Purpura, Esquire
     Law Office of William B. Purpura, Esquire
16   Eight E. Mulberry Street
     Baltimore, Maryland  21202
17
     Teresa Whalen, Esquire
18   Law Office of Teresa Whalen
     801 Wayne Avenue, Suite 400
19   Silver Spring, Maryland  20910

20   Also Present:
     Jovan Weaver, ATF
21   Jeffrey Kelly, FBI
     Melissa McGuinness, Probation Officer
22   _____

23                      Reported by:
                 Nadine M. Bachmann, RMR, CRR
24            Federal Official Court Reporter
              101 W. Lombard Street, 4th Floor
25              Baltimore, Maryland  21201
                       410-962-4753
```

```
 1              (Proceeding commenced at 11:12 a.m.)
 2         THE COURT:  This is calling the case of United
 3    States v. Andre Ricardo Briscoe, Criminal Number RDB-20-0139.
 4    The defendant proceeded to trial before a jury and a jury.  A
 5    verdict was returned finding him guilty on all six counts of a
 6    superseding indictment and we are here for sentencing today.
 7         I would note that the new rules of court as of this week
 8    provide that masks need not be worn in all public areas of the
 9    courthouse, but that it still remains within the discretion of
10    the presiding judge with respect to the masking policy. The
11    record will reflect that I have been fully vaccinated and
12    boosted.  In fact, I tested negative yesterday after the
13    holiday and so I'm not wearing a mask. I'm here behind a wall
14    of Plexiglass.  I will inquire of the vaccinated status of
15    counsel before me and those who have been fully vaccinated and
16    boosted can take their mask off and keep them off during these
17    proceedings. They don't have to. You're free to do what you
18    want to do, but I'll allow for that.
19         As to those persons in the back, I would request that if
20    they've not been fully vaccinated and boosted, they keep their
21    mask on. If they have been fully vaccinated and boosted, they
22    can remove their mask as well, but I would like to make sure
23    they keep their mask on if you've not been fully vaccinated.
24         So with that, welcome to all of you for the new year and
25    I would note that we have with us not only Nadine Bachmann,
```

1    our court reporter -- and Nadine nice to see you, but with us

2    is Caitlin Wilson, one of our newer deputy courtroom clerks,

3    Caitlin Wilson and with Yasmine Kelly, one of our more senior

4    ones now.  So nice to have both of you here as well and good

5    morning to both of you.

6         So with that, on behalf of the Government?

7              MR. BUDLOW:  Yes, good morning, Your Honor.  I'm

8    Paul Budlow on behalf of the Government.  Joining me at

9    counsel table is FBI Special Agent Jeffrey Kelly and ATF

10   Special Agent Javon Weaver. Your Honor, I am as you know from

11   trial, fully vaccinated and as of this weekend, fully boosted.

12             THE COURT:  Nice to see you Mr. Budlow and Agent

13   Weaver, Agent Kelly, nice to have both of you.  As long as you

14   have all been fully vaccinated you may keep your mask off as

15   well.  You don't have to, but you're free to do so.

16        And we have I just would note here, we have U.S.

17   Probation Officer Melissa McGuinness who is here. Ms.

18   McGuinness, nice to see you.

19             THE PROBATION AGENT:  Good morning, Your Honor.

20             THE COURT:  Happy New Year.  You have been fully

21   vaccinated, correct?  Nice to have you here.  And with that,

22   welcome.  You all may be seated for a moment.

23        Yes, Mr. Budlow.

24             MR. BUDLOW:  I wanted to let the Court know that

25   there's some members of the family here.  You've seen some of

1    them in the past.

2              **THE COURT:**  There has been notice to victims here,

3    including the father of -- and I want to make sure I pronounce

4    the young man's name correctly. Kester, correct?

5              **MR. BUDLOW:**  That is correct.

6              **THE COURT:**  Yeah, what persons or what members are

7    here with respect to the family?

8              **MR. BUDLOW:**  Kester Browne is here, the father,

9    Kester Browne.  Latia Daniels who is Jennifer Jeffrey's sister

10   is present.  Kevin Wilder, Jennifer Jeffrey's brother is

11   present. Bobby Wilder who is Kevin's father and so Jennifer

12   Jeffrey's stepfather is also present.  And additionally, Your

13   Honor, Nasir James is present and Mr. James is Ms. Jeffrey's

14   nephew.

15             **THE COURT:**  And Mr. Budlow, not that you needed to,

16   but in your sentencing memorandum filed on December the 22nd

17   you did not list any witnesses here. I've looked at your memo,

18   but are there any other victim witness impact statements or

19   any statements they want to make here in court?  They're

20   welcome to do so.

21             **MR. BUDLOW:**  Your Honor, there are no additional

22   written ones, however at least two, maybe a third of the

23   individuals I just introduced may want to address the Court.

24             **THE COURT:**  That's fine. When that time comes

25   they're welcome to address the Court. As we're all quite

1    aware, there's certain statutory requirements in terms of the

2    sentences to be imposed here today.  So with that, Mr. Budlow,

3    you may be seated.

4        Now on behalf of the defendants?

5            **MR. PURPURA:**  Judge Bennett, good morning.  William

6    Purpura and Teresa Whalen on behalf of Andre Briscoe.  I can

7    advise the Court that Ms. Whalen and I have been vaccinated

8    and boosted.

9            **THE COURT:**  Yes, nice to see both of you and Happy

10   New Year to both of you.  Nice to have you here. And good

11   morning to you, Mr. Briscoe.

12           **THE DEFENDANT:**  Good morning.

13           **THE COURT:**  And sir, have you been fully vaccinated

14   and boosted?

15           **THE DEFENDANT:**  No, sir.

16           **THE COURT:**  I'm sorry?

17           **THE DEFENDANT:**  No, sir.

18           **THE COURT:**  All right, well then make sure you keep

19   your mask on at all times.  Counsel may keep their mask on or

20   do whatever they desire in that regard.  And just get the

21   microphone close to you there, Mr. Briscoe, and make sure, Ms.

22   Kelly, that we've got the mics all working there at the

23   tables.

24        So with that, if you'll remain standing here, Mr.

25   Briscoe.  There has been a notice to victims, including the

```
1   father of the victim, the seven-year-old-boy, KB, murdered on
2   May 27th of 2015. The co-defendant, Kiara Haynes in this case
3   pled guilty and testified at the trial of this case back in
4   June and has already been sentenced by me.  And the defendant
5   here was found guilty on all six counts of the superseding
6   indictment:  Guilty of conspiracy to distribute and possess
7   with intent to distribute heroin, Count One; guilty of
8   possession with intent to distribute heroin in Count Two;
9   guilty of possession of a firearm and ammunition by a
10  prohibited person in light of prior criminal convictions in
11  Count Three; Count Four, use and carrying of a firearm during
12  and in relation to a drug trafficking crime and a crime of
13  violence causing the death of another person in Count Four;
14  use and carrying of a firearm during and in relation to a drug
15  trafficking crime and crime of violence causing death of the
16  person in Count Five; and then killing of a witness to prevent
17  communication to law enforcement as charged in Count Six. And
18  we are now here proceeding for sentencing.
19       I would note as I'm sure you're aware, Mr. Briscoe, and
20  have been advised by counsel, there are certain mandatory
21  sentences as to Counts Five and Six, mandatory life sentences
22  required by statute. Do you understand that, sir?
23                   THE DEFENDANT:  Yes, sir.
24                   THE COURT:  All right. And so with that, I want to
25  verify that you've had an opportunity to review the
```

1    presence investigation report prepared by Ms. McGuinness in

2    this case with your counsel, Ms. Whalen and Mr. Purpura; is

3    that correct?  Have you had occasion to review this with them?

4            **THE DEFENDANT:**  Yes.

5            **THE COURT:**  And approximately how many times have

6    you discussed it with them?

7            **THE DEFENDANT:**  I believe once.

8            **THE COURT:**  Are you satisfied that you've had enough

9    time to go over it with them?

10           **THE DEFENDANT:**  Yes.

11           **THE COURT:**  There is one correction by the

12   Government, Mr. Budlow, in your submission paper number 257

13   where you noted that on page 26 and page 30, Count Four is not

14   a mandatory life sentence, but it's a ten-year minimum or a

15   maximum life sentence, correct?

16           **MR. BUDLOW:**  Yes, Your Honor.

17           **THE COURT:**  And Ms. McGuinness, I think that change

18   will need to be made. Now as to Counts Five and Six, it is a

19   mandatory life sentence as to Counts Five and Six; correct

20   from the point of view of the Government, Mr. Budlow?

21           **MR. BUDLOW:**  Yes, Your Honor.

22           **THE COURT:**  Mr. Purpura and Ms. Whalen, correct from

23   your point of view?

24           **MR. PURPURA:**  It is.

25           **THE COURT:**  Are there any other corrections or

 1    objections by the Government other than that one, Mr. Budlow?

 2            **MR. BUDLOW:**  No, Your Honor.

 3            **THE COURT:**  I've read the sentencing memorandum

 4    submitted by defense counsel, paper number 260, which was

 5    filed on December the 28th.  And there are no corrections or

 6    objections to the guideline calculation from the point of view

 7    of defense counsel; is that correct, Mr. Purpura?

 8            **MR. PURPURA:**  That is correct, Your Honor.

 9            **THE COURT:**  So with that, we are ready to proceed

10    here.

11        Let me just go over the process here in federal court,

12    Mr. Briscoe, that I think I outlined for you when the jury

13    returned a guilty verdict on June 8th of this year.

14        But let me just go over the process here with you this

15    morning. For those who are here, members of the family of

16    Jennifer Jeffrey and Kester Browne or any other members of the

17    public, there are two key opinions that the United States

18    Supreme Court issued in the last 18 years that outline the

19    process for sentencing in federal court. First of all, in

20    January of 2005, now 18 years ago, the United States Supreme

21    Court issued its opinion in *United States v. Booker* in which

22    the Supreme Court of the United States upheld the

23    constitutionality of the Federal Sentencing Guidelines which

24    are referenced in Ms. McGuinness' presentence investigation

25    report. But the Supreme Court upheld the constitutionality of

1  those guidelines with the deletion of two sections of the

2  guidelines which had previously rendered the guidelines

3  mandatory. Now this is separate from the statutory maximum --

4  mandatory minimum sentence that's required by statute.  But

5  it's important that you do understand the overall process here

6  of the guideline calculation that was made.

7      And in the *Booker* case, the Supreme Court 18 years ago

8  this month held that with the deletion of the mandatory

9  provisions of the guidelines, the balance of the federal

10 sentencing guidelines was constitutional and that henceforth,

11 the guidelines were to be applied in an advisory context and

12 were rendered effectively advisory.  Which means with respect

13 to the guidelines, separate from statutory mandates, federal

14 judges are not bound to apply the guidelines, but must still

15 consult them and take them into account when imposing the

16 sentences subject to review by Courts of Appeals for

17 unreasonableness. And so other factors are considered as well

18 apart from the guidelines in making a guideline calculation.

19     I said there were two key opinions of the United States

20 Supreme Court in the last 18 years. The second of those two

21 opinions was a case of *Gall v. The United States* decided in

22 December of 2007, some 15 years ago in which the Supreme Court

23 of the United States specifically held that federal judges

24 should not presume that the guideline range is reasonable, but

25 it's a starting point in a multi-step process pursuant to

1   which first there's a calculation of the advisory guidelines

2   and then there's a consideration of other factors apart from

3   the guidelines. The goal being to impose a sentence which is

4   sufficient, but not greater than necessary to achieve the

5   goals of sentencing.

6         So that's the analysis with respect to the Federal

7   Sentencing Guidelines and the calculation we're going to be

8   going over in a moment. The guidelines really only are still

9   applicable here mainly because Counts Five and Six by statute

10  require a mandatory life sentence without parole by order and

11  by the statute passed by the U.S. Congress. Do you understand

12  that?

13                **THE DEFENDANT:** Yes, sir.

14                **THE COURT:** All right. Now are you on any kind of

15  medication today? I believe paragraph 121 of the presentence

16  report reflects that you have taken Prozac or Vistaril. Are

17  you taking medication now?

18                **THE DEFENDANT:** No, sir.

19                **THE COURT:** When is the last time you took any

20  medication?

21                **THE DEFENDANT:** It's been a while.

22                **THE COURT:** So you're not on any daily medication of

23  any kind?

24                **THE DEFENDANT:** No.

25                **THE COURT:** All right. And so the record will

1    reflect paragraph 121, Ms. McGuinness, that he has previously

2    taken medication, but is no longer taking medication as he

3    appears here for sentencing.

4              **PROBATION AGENT:**  Yes, Your Honor.

5              **THE COURT:**  The other thing I want to go over with

6    you, Mr. Briscoe, are the procedures required by the Protect

7    Act of 2003 which is a law that was passed by the U.S.

8    Congress in that year. And among the many provisions of the

9    Protect Act there are provisions that apply to federal courts

10   when imposing sentences in federal criminal cases.

11   Specifically, the Protect Act requires that the chief judge of

12   each federal court in the United States ensure that within 30

13   days of the imposition of sentence, that certain documents go

14   over to the US Sentencing Commission in Washington. This is

15   true of all federal courts in the United States. It doesn't

16   apply to state courts, but it's true of federal courts. Those

17   documents include the judgment and commitment order which I'll

18   be preparing immediately after these proceedings with Ms.

19   Kelly, the courtroom deputy clerk; the statement of reasons

20   for the sentence imposed which will include any reason for any

21   departures from the guideline range that won't be applicable

22   here; a copy of any plea agreement which is not applicable;

23   the superseding indictment in this case -- and this was a

24   superseding indictment as to which the defendant went to

25   trial, correct, Mr. Budlow?

1          **MR. BUDLOW:**  Yes.  It was the third superseding

2     indictment.

3          **THE COURT:**  Third superseding indictment. The third

4     superseding indictment will be sent over to the sentencing

5     commission as well, as well as Ms. McGuinness' presentence

6     report and any other information the sentencing commission

7     finds appropriate. And the chief judge of this court issued an

8     administrative order back in 2003 ordering that Ms.

9     McGuinness' presentence report go over to the US Sentencing

10    Commission in Washington. That means that some of these

11    documents may be subject to public review or certainly by

12    other members of the Government when these materials go over

13    to Washington.  And for a long period of time it has been the

14    policy of this court that there is a section marked defendant

15    characteristics, part (c) of the presentence report which

16    contains confidential information. In your case it's rather

17    brief and this presentence report begins in paragraph 116 on

18    page 24 and goes over to paragraph 125 on page 25. That

19    portion of the presentence investigation report is subject to

20    administrative seal of this court. I have looked at it,

21    another judge of this court could look at it if he or she so

22    chose.  None have, but no one else is permitted to see it

23    absent further order of the court. With that exception, all

24    the other requirements of the Protect Act are still mandated

25    and to be complied with.

1          Now I said that the first step here is a calculation of

2    the advisory guideline range and there is no dispute about the

3    calculation from the point of view of your counsel or the

4    Government. It's set forth on pages 15 through 17 of the

5    presentence investigation report. There is a base offense

6    level based upon drug quantity as to Counts One and Two, and

7    then an adjusted offense level, then another calculation as to

8    Counts Three and Four with a base offense level of 43 in light

9    of the fact that the charges on which you've been convicted

10   involve the premeditated murder of Jennifer Jeffrey, as well

11   as her son, KB.

12          I would note, Ms. McGuinness, that I believe there's a

13   typographical error if I'm not mistaken on page 16 that it

14   relates to Jennifer Jeffrey, not Jennifer Jefferson, if I'm

15   correct on that.  Is that right, Mr. Budlow, it's Jeffrey,

16   right?

17                    **MR. BUDLOW:**  Yes.

18                    **PROBATION AGENT:**  Yes, Your Honor.

19                    **THE COURT:**  And her son, KB, the seven-year-old boy,

20   her son.  In Counts Five and Six -- I would note also would

21   have an adjustment because of the age of the child here on

22   Count Six, Counts Five and Six. All told what's called

23   grouping under these guidelines, there is -- the total offense

24   level is essentially higher than is set by statute here.  So

25   there is a total offense level of 43. With respect to your --

1    and there's no dispute about that calculation. It reflects --
2    your criminal history reflects both juvenile and adult
3    convictions.
4        Paragraph 89 specifically reflects that you were charged
5    with attempted robbery with a deadly weapon at the age of 13
6    here.  And that's part of your juvenile record. And that's
7    attempted robbery with a deadly weapon when you were 13 years
8    of age.
9        And then the adult convictions include a prior guilty
10   verdict for attempted first-degree murder when you were 17
11   years of age in 2000, and it reflects a state sentence at that
12   time and other assault charges. All told you have a Criminal
13   History Category of V.  So with a total offense level of 43
14   and a Criminal History of V, there is under §5C1.1 of the
15   guidelines there would be a life sentence here, even under the
16   guidelines. But specifically there are mandatory life
17   sentences without parole as to Counts Five and Six.
18       And I would note here that the provision, the statutory
19   provisions here, there are no disputed matters to my knowledge
20   under a guideline calculation. The statutory provisions that I
21   think you have to make sure were also clearly set forth on the
22   record are that as to Count One, it is a minimum term of
23   imprisonment of five years and a maximum term of 40 years. As
24   to Count Two, it's a minimum term of imprisonment of five
25   years and a maximum term of 40 years. As to Count Three, it's

1   a maximum term of imprisonment of ten years.  As to Count

2   Four, it's a minimum of ten years and up to a maximum of life.

3   And that's where the correction has to be made, Ms. McGuinness

4   as well, as was noted by the Government counsel in paragraphs

5   26 -- I'm sorry, on paragraph 126 on page 26.  And there will

6   also need to be a change on paragraph -- I'm sorry, on page 30

7   you'll need to make a change there in terms of the

8   calculation. And as I've already mentioned, as to Counts Five

9   and Six, the term of imprisonment is mandatory life sentence

10  without release as to both of those counts. They are the

11  statutory provisions.

12          So unless there are any other matters for me to address

13  counsel from a disputed point of view, I'll first give Mr.

14  Budlow an opportunity to speak on behalf of the Government.

15  I'll be glad to hear from any witnesses who the Government

16  desires to call in terms of victim impact, what have you, and

17  then I'll give Mr. Purpura and/or Ms. Whalen an opportunity

18  for remarks on your behalf, Mr. Briscoe.  And then I will give

19  you the opportunity to speak on your own behalf if you so

20  desire.

21          So unless there are any disputed matters to address, any

22  calculation matters, Mr. Purpura, before we hear from

23  allocution from the Government?

24              **MR. PURPURA:**  None, thank you.

25              **THE COURT:**  You all may be seated for a moment and

1    I'll be glad to hear from you, Mr. Budlow.

2              **MR. BUDLOW:**  Thank you.  If I could just have a

3    moment, Your Honor. While Mr. Browne is approaching the

4    podium, I just want to let the Court and the clerk know that

5    one of the additional family members would like to be able to

6    show a couple of photos using the presenter system.

7              **THE COURT:**  That's certainly fine.  Ms. Kelly will

8    be able to tee that up.  Who is the first individual who

9    desires to speak, Mr. Budlow?

10             **MR. BUDLOW:**  Your Honor, this is Kester Browne.

11             **THE COURT:**  Mr. Kester Browne, the father of the

12   victim. Seven-year-old little boy, KB, was murdered on May 27,

13   2015 while he was eating breakfast in his pajamas.  Mr.

14   Browne, I'm very sorry to see you under these circumstances

15   and you're certainly free to make whatever comment you want,

16   sir. Have you been fully vaccinated?

17             **THE WITNESS:**  No, sir.

18             **THE COURT:**  All right, then keep your mask on and

19   please keep your voice up so Ms. Bachmann can hear what you

20   have to say.

21             **THE WITNESS:**  Yeah, I thought about what to say to

22   him and I know everybody say you're supposed to forgive and

23   all that kind of stuff, but I'll leave that to God. But what I

24   can do is I can help him. I can help Mr. Briscoe or should I

25   say Mr. 03 -- what is it, 037 -- that's what it is?

1         **THE COURT:**  I'm sorry, I can't hear you, sir.  I'm

2  sorry.

3         **THE WITNESS:** The last three of your federal number.

4  What is it, 037?

5         **THE DEFENDANT:** Yes.

6         **THE WITNESS:** That, my dear boy, is what is going to

7  identify you. I'm going to let you know who I am. I am Kester

8  Browne, II. I have been to federal prison. I'm going to tell

9  you, it ain't nothing like what you thought you might ever

10  have imagined. It's all going to be on purpose. Every last

11  thing is going to be on purpose. They waiting for you. You are

12  going to be at the lowest of the lows. You're going to

13  gladiator school, my dear boy. You know what they call it,

14  that's gladiator school.

15     They scared me when I first went to one of them and I

16  ain't even stay there that long. And you ain't nothing. And I

17  know you not because of what you did. You only killed them

18  because you were scared that somebody would find out. You were

19  scared of me or she was going to get a hold of you. She was

20  going to tell someone. You could have stolen.  You could have

21  stolen and ran away.  But to be a coward that you is, you

22  killed him when you ain't even have to. You killed him because

23  you were scared of the consequences that they were happening.

24  And guess what?  Those consequences still going to come. You

25  going to watch. Because you never coming out of there. Your

```
 1    security level, you never coming out. You going to stay right
 2    there with the monsters, the real monsters. You going to stay
 3    right there with all of the real monsters.
 4              MR. PURPURA:  Judge, respectfully, Judge --
 5              THE COURT:  Mr. Purpura, you may be seated, Mr.
 6    Purpura.  Any objection is overruled. Mr. Kester, I understand
 7    your vehemence --
 8              THE WITNESS:  I'm trying to help him, Your Honor.
 9              THE COURT:  I understand, but the purpose here is
10    for you to express your pain.
11              THE WITNESS:  I'm expressing it.
12              THE COURT:  But the purpose is not for you to
13    lecture the defendant. The seriousness of this is obvious and
14    I intend to make comments in that regard.  This is one of the
15    most egregious cases in the 50 years that I've been associated
16    with this court. No disrespect to you or your son, but nothing
17    is being accomplished by your venting your viewpoint of what's
18    going to happen to Mr. Briscoe in prison.  So if you'll just
19    focus upon your son and how it's affected you and speak on
20    behalf of your son, that would be appreciated. Thank you very
21    much.
22              THE WITNESS:  Well, how about this:  I was in prison
23    a lot. A lot of guys I was in prison with were my friends.
24    They liked my son. I used to talk to them about him. They
25    looked up to him, do you know what I mean?  They used to want
```

1   to hear him speak Chinese and all that good stuff. A lot of

2   them guys they ain't ever coming home. They miss him too. They

3   heard about that.

4           **THE COURT:**  Where were you incarcerated in federal

5   prison, Mr. Browne?

6           **THE WITNESS:**  Nowhere he's going to be.

7           **THE COURT:**  No, I need to know what prison were you

8   incarcerated in?

9           **THE WITNESS:**   West Virginia. It was a little camp

10  in West Virginia.

11          **THE COURT:**  All right, I'll try to determine what

12  camp that would be. Thank you, I just need to know that.

13          **THE WITNESS:**  Don't worry, he ain't going nowhere I

14  was at. So yeah, I just want to let him know that this is

15  going to be a tough ride.

16          **THE COURT:**  Well, thank you very much, Mr. Browne.

17  Thank you very much, sir. Mr. Budlow, by the way before I head

18  for the next person on behalf of the Government, it will be

19  helpful for me before I conclude these proceedings to know

20  exactly where Mr. Kester Browne, Sr. was incarcerated, if

21  you're able to have somebody try to determine which federal

22  prison that might have been.

23          **MR. BUDLOW:**  Yes, Your Honor.

24          **THE COURT:**  Okay, thank you.

25          **MR. BUDLOW:**  Your Honor, Kevin Wilder who is the

1    brother of Jennifer Jeffrey would like to address the Court.

2              **THE COURT:** Yes, Mr. Wilder, nice to see you again,

3    sir.  Be glad to hear from you.

4              **THE WITNESS:**  As well as you, Your Honor. Just like

5    Kester, I started to prepare something and then I realized

6    that the things that I put that much effort into writing notes

7    and outlines is when I'm writing a business plan or preparing

8    a Bible study lesson, but not for this. So then I just had to

9    throw it all away.

10        Since the day that you decided to kill Jennifer and

11   Kester, because that's how I know everything that's getting

12   ready that I was going to do and was going to say was changed,

13   it was confirmed with what Tony said because I had the same

14   epiphany that dude, you could have just took it. You could

15   have took it and said hey, the police took it.  I gave it to

16   Ray Ray, he ran off with it. You didn't -- you had all of

17   those choices, but you chose the route you did which was to

18   destroy two people lives, destroy multiple family units,

19   destroy friends.

20        Jennifer had friends that had to leave this state because

21   they couldn't take the cloud of negativity that hovers over

22   Baltimore.  And it's only five percent of you fools that's

23   running around creating all this murder and mayhem and got a

24   negative cloud over this city. There's a small percentage of

25   you, but you just loud. That's it. Loud fools. Not some

1    diabolical well thought-out drug dealing gangster that could

2    have said, "Somebody took it."

3         And so when I really thought about that I'm like, I don't

4    even have that much energy. I almost went to work today. But

5    then when I realized what day today was going to be, umm-hmm,

6    because guess what?  While you were wherever you was, we were

7    celebrating Jennifer's birthday was yesterday, January 3rd. It

8    was yesterday. We celebrated her birthday.

9         It's a shame and I saw it when each and every last one of

10   your family members they came to take the stand against you.

11   I saw in each one a lack of emotional intelligence. I saw it

12   in every person. And just for you to murder a mother and a

13   child the way that you did with no -- it didn't have to be

14   done. There was no regard for life. I don't even understand

15   how people get that way to just have no regard for life when

16   you could have just took it. That's like somebody going into

17   Walmart, instead of just stealing the speakers, they shoot

18   everybody in Walmart. For what?

19        You have destroyed families, but we taking it back.

20   Everything that was destroyed is being reconstructed. The

21   minute that I realized that you made a choice, when it hit me

22   that it didn't have to be done that way, no, not going to be a

23   victim no more. No, not going to be sorry no more.  Nope,

24   nope, nope, nope, nope. None of us.  None of us going to walk

25   around with our head hanging down.

1          Yesterday was the first January 3rd that I was able to

2     celebrate her birthday. Every year since you took her from us

3     I planned something, and by Christmas I backed out. Every

4     since that day you murdered her I've been -- do you know how

5     many fights I've been in?  I've been extra aggressive the

6     minute I think somebody is getting me wrong or look at me

7     wrong. I had to go back and apologize to people at work.

8     Luckily they understand. But no more. Free. She free, we free.

9          What happens to you is no concern to me. Where you go is

10    no concern to me.  As long as justice is handed and you are

11    not able to lay a finger on anybody else's child, anybody

12    else's wife, sister, mother, aunt, none of that. I just -- God

13    have mercy on your soul.  And Your Honor, I thank you for

14    these proceedings.

15                    **THE COURT:**  Thank you very much, Mr. Wilder.

16                    **MR. BUDLOW:**  Thank you, Your Honor.

17                    **THE COURT:**  Yes, Mr. Budlow.

18                    **MR. BUDLOW:**  Court's indulgence one moment.

19                    **THE COURT:**  Sure.

20                    **MR. BUDLOW:**  Your Honor, this is Nasir James.

21                    **THE COURT:**  I'm sorry, if you'll --

22                    **MR. BUDLOW:** Nasir James. He's going to tell you his

23    name and how to spell it.  He is the nephew of Jennifer

24    Jeffrey.

25                    **THE COURT:**  You just need to state your name clearly

 1    for the record if you can, please.

 2            **THE WITNESS:**  So my name is Nasir James. I grew up

 3    with Tony. He was my friend. And my aunt, you took them from

 4    me, it was, like, crazy. I was so young.  And the day I found

 5    out, it was crazy for me because I just, like, I lost two

 6    biggest people in my life. He just took them from me.  And

 7    like every time something come up -- I turn 18 this year. 18.

 8    He missed how many birthdays?  Seven, eight?  I was

 9    nine-years-old, man. There's nothing nobody should ever go

10    through in life knowing that somebody killed their aunt and

11    little cousin. That was my cousin. He was two years younger

12    than me.

13        After that that changed my whole life. That changed the

14    output of my life. Like I always thought anything happening,

15    nothing. Then it's I took nothing serious.  It's like it's

16    just gone, crazy. Then like I just got lost. Like everything

17    that I imagined just was gone. There's three of us, me, my

18    brother, and Tony. My brother and Tony was the same age.

19            **THE COURT:**  Hold on one second. The clerk has said

20    stop.  We have -- I'm not sure what the issue has been raised,

21    but we have something on the screen that reflects a live

22    telephone call here. I'm not sure what it is. It came up on

23    the screen and it reflected a telephone call of some sort. The

24    record will reflect this witness is speaking. He's not

25    speaking from a telephone.  So I don't know why a telephone

```
 1    call number would --
 2              MR. BUDLOW:  Your Honor, if I could, I apologize.
 3    So Ms. Daniel who is going to speak, had a photograph that she
 4    asked to display while Mr. James was speaking. And it was a
 5    picture of Mr. James and the victim.
 6              THE COURT:  I didn't see a picture on the phone. I
 7    saw a telephone number.
 8              MR. BUDLOW:  I'll show you again briefly. So the
 9    photo was on the telephone. The photo then went blank and at
10    that same time or shortly thereafter, it looks like somebody
11    was calling --
12              THE COURT:  We don't have live telephone calls in
13    this courtroom. That's all.
14              MR. BUDLOW:  Unintentional, thank you. I'll return
15    the phone to Ms. James.
16              THE COURT:  You may continue, Mr. James.
17              THE WITNESS:  So back to what I was saying, so my
18    brother and Tony were the same age. Same, like, same
19    everything. They supposed to be born in the same month. He
20    came out early.  So they were the closest things ever. It was
21    like two peas in a pod. They came together to everything.
22    Every birthday, everything they came together. They was there.
23    T was so special to me.  After that happened my brother was
24    even scared to go outside because of you, man. Just scared to
25    go outside. He's scared in his own home. You ruined everything
```

1    for him, even me.  His anxiety.

2         I dreamed about looking you in your face, telling you all

3    this stuff, how you ruined everything for me. Almost, like,

4    two biggest people.  My aunt like a second mother to me. Like

5    she means so much to me. She take care of me when my mama

6    couldn't. My mama always take care of me right then, no matter

7    what.  Second Christmas, came over for Christmas a lot. And

8    after that I just -- like oh, the last time I seen him was in

9    a picture. I seen him the day before. He picked me up from the

10   day before.  Tony got sick the day of. It was so crazy. All

11   right, it could be gone in a snap. Right then. Just gone.

12   Gone. And every day without him. I had contact with him every

13   single day I talk to him. So what's up, Tony?  How are you

14   doing?  Can't do that no more. Can't see him. Can't hear his

15   voice. Like this is just really, like, heartbreaking for me.

16   And, you know, I can't imagine what my brother would say. My

17   brother wouldn't probably even come up here. He cry too much.

18   Man. I just --

19          **THE COURT:**  Thank you very much, Mr. James. Thank

20   you very much, sir.

21        Good morning, ma'am.  If you'll please state your full

22   name for the record, please.

23          **THE WITNESS:**  Good morning, Your Honor and everyone

24   else in the Court.  My name is Latia Daniel, L-a-t-i-a,

25   D-a-n-i-e-l.  There's a picture that I wanted the Court to see

1   while my son was talking, of Jenny and my kids and Tony

2   celebrating one of their birthdays.  I'm not exactly sure

3   which one it was, but I'm going to repeat the same statement

4   that I made previous in the trial and I hope it's not

5   redundant.

6          Who was Jen?  Who was Jen to me?  Jen was the youngest of

7   her mother's three children and only child of her father. She

8   was the apple of his eye. And we as the older kids and we the

9   fact that she was so spoiled and she had every advantage of

10  having older, more stable and wiser parents.

11         She was so intelligent, not as street-smart as many. She

12  was educated in the Catholic school system and went to St.

13  Mark Middle School in Catonsville, Maryland and Mount de Sales

14  High School.

15         Her parents died when Jen was young. So it made life a

16  little difficult for her as a young adult. However, she was a

17  fighter and wasn't afraid to work to provide for her son. She

18  loved him so much, she would have died for him. She would have

19  given her life to make his better.

20         It was a horrific nightmare and I daydream on a daily

21  basis imagine her listening to her son getting killed or vice

22  versa. Because he also loved her so much. They were two peas

23  in a pod.  And it was them against the world. And for seven

24  years when you saw Jen, you definitely saw Tone. Jen would

25  often look at her sister, Danielle and I, and shake her head

1   and giggle saying "uno bambino," to remind herself and us that
2   this is why she only had one child. She enjoyed spoiling him
3   and giving him all of her attention. I'm not gonna lie, it did
4   make me sad sometimes knowing I couldn't give that undivided
5   attention to my children. It was a beautiful relationship to
6   watch.
7        Just to give an example who Jen was in my life, for many
8   years I -- for many years I served as a mentor or big sister,
9   like friend. The last year of her life, the dynamic of our
10  relationship changed. The father of my kids and I broke up for
11  about a year and he moved to Texas. I was laid off from my job
12  and at that time I had to go back to work from being a
13  stay-at-home mom. During this time, Jen broke her back to make
14  this transition as seamless and as least stressful as she
15  could for me and my kids. I began to call her my "baby daddy."
16  She would drive from Edmondson Village, to Cedonia to pick
17  Tony up from school, then to Pikesville to pick my boys up
18  from school. Then she would take them home with her, help them
19  with homework, feed them dinner and bathe them, having them
20  ready for bed when I got off.
21       During this time this gave me a chance to see that she
22  loved me and my boys so much that she would make enormous
23  sacrifices and would have my back when I was down, same way I
24  had hers. I had never had a time frame where I was so needy
25  and broken. Out of all the people in my life, she stood up in

1    a major way.

2        Often times we do have friends and when times get rough,

3    they are nowhere to be found. When the tables turned, she was

4    there for me and I'm so grateful that she was in my life at

5    that low point.

6        My oldest son is a tough guy. He was two years older than

7    Tony. This impacted him in a major way. 90 percent of tears

8    that I have seen in the last seven years were because of this

9    tragic event. Every so often he goes into a dark place and

10   cries often for days. He was like a big brother to him.

11       When I broke the news to my two kids, God put it in my

12   heart to begin the conversation to say, I want you guys to

13   keep in mind when I tell you this that we all have a time to

14   die. We have a time to live and a time to die. Each and every

15   person on this earth will have to die. We never know when that

16   will be, what age that will be. Sometimes young, sometimes

17   old. For some reason that statement did help him to cope with

18   things because I have heard him use it on a few occasions

19   along the way.

20       My youngest son, however, was Tony's best friend, cousin.

21   We were pregnant with them at the same time. We rubbed bellies

22   together while we were pregnant and often joked about Tony

23   being the little big cousin because he was supposed to be born

24   after him. But Jen went into labor early.

25       This was so tragic for my son because they were both

1    seven years old. And this said to him that I could be killed

2    today or tomorrow, shot in my head and my mother won't be able

3    to protect me because she could be shot in hers as well.

4        The worst part was not only could this happen in a random

5    place, but it could happen in our own home. This snatched my

6    son's innocence away from him, to say the least. It stole his

7    childhood. He was unable to trust anymore. He is unable to

8    relax and play like normal kids. Unable to sleep through the

9    night without having nightmares of not only his aunt and

10   cousin, but that him and I could be killed as well. I'm sorry

11   this part was for -- his first hug and kiss from his dad was

12   to be next. Welcoming him into the double digit club when he

13   would turn 10. Graduating from the sixth grade.  His first

14   plane ride.  Graduation from middle school.  His first year in

15   high school. His first girlfriend. His first basketball game.

16   His 8th, 9th, 10th, 11th, 12th, 13th, 14th and 15th birthday.

17   All of these were examples of what we've missed in the last

18   seven years. His Sweet 16th birthday.  Prom day.  His high

19   school graduation.  Packing him off to college.  His first

20   job.  All of these were examples -- are examples of thoughts

21   and our grieving years to come. I often wonder how you could

22   have done this being a father. That's it.

23            **THE COURT:**  Thank you very much, thank you.

24        Yes, Mr. Budlow, this witness' name?

25            **MR. BUDLOW:**  Bobby Wilder, who is the stepfather of

1   Jennifer Jeffrey.

2           **THE WITNESS:**  I've been boosted.  I had all my

3   shots.

4           **THE COURT:**  Mr. Wilder, I'll be glad to hear from

5   you, sir.

6           **THE WITNESS:**  Yes, sir.  I just want to say today

7   that I'm Jennifer's stepfather and I watched her grow up the

8   last few years of her life, and Tone Tone.  And Jennifer just

9   was a trusting person. She was a sweetheart. I mean, any

10  problem you had, she would fix it for you. She just was a girl

11  with a big heart. And I tried to tell her, you know, you can't

12  trust everybody, but it was the kind of heart she had. And I

13  just don't understand.

14      Some people just don't care about life. I mean, if it was

15  their family, how would you feel if somebody come and take

16  your family from you?  You didn't give a thought about it.

17  And I mean, it was petty. I mean, Tone Tone, a loving little

18  boy. Some days I'd pick him up from school, "Grandpop, I

19  learned to speak Japanese." That's nice because I don't know

20  nothing about Japanese, you know?  So it just took a lot from

21  our family and it still affects our family today, my son

22  especially because he had to go in there, in the house where

23  he left. This is still in his head. I told him, I don't know

24  if I could do it, you know, to see my sister and my nephew,

25  you know, the way he done it. I'm just going to let God do his

```
 1    work.
 2              THE COURT:  Well, thank you very much, Mr. Wilder.
 3    Thank you, sir.  Any other person that you want to present to
 4    make statements?
 5              MR. BUDLOW:  No, Your Honor.  Thank you.
 6              THE COURT:  Thank you very much. Be glad to hear
 7    from you in allocution.
 8              MR. BUDLOW:  Appreciate it, Your Honor. I know
 9    you've seen the Government's submissions, both in the
10    co-defendant and this case.  You know the Government's
11    position which I'll simply hit a couple of the broader points
12    briefly. But the Government is seeking the maximum sentence
13    which is also the mandatory sentence in this case which is a
14    sentence of life imprisonment with no possibility for release.
15    That sentence --
16              THE COURT:  That would be on Counts Five and Six
17    which is statutorily required, those two being concurrent to
18    one another I gather, correct?
19              MR. BUDLOW:  Your Honor, I believe the concurrent
20    and consecutive nature of the sentence is up to the Court.
21    Life in prison without the possibility of parole is the
22    primary goal. It is both mandated, but also appropriate in
23    this case. The offense was shocking and the most serious. The
24    defendant murdered Jennifer Jeffrey who was a young woman and
25    he murdered KB, an innocent child out of greed. This case
```

1      showed --

2            THE COURT:  The child, KB was, in fact, seven years

3      of age when he was murdered on May 7, 2015?

4            MR. BUDLOW:  He was.

5            THE COURT:  Okay.

6            MR. BUDLOW:  The case just shows and demonstrates

7      just an unusual kind of evil. The defendant's conduct has had

8      an impact that you've seen here today and the impact is to the

9      victim's family, to their friends, to the community, and it

10     ripples and it continues.

11         But most significantly, the impact was to Jennifer

12     Jeffrey and KB because they're two young people who as you

13     heard, were killed and won't get anything else.  None of their

14     life events will occur. And so they lost the most.

15         The defendant has shown no remorse. In fact, following

16     his conduct he obstructed justice and fled, and attempted to

17     get other people to help him get away with the crime.

18         His prior convictions include crimes of violence. And all

19     of that, both the instant offense which probably would do it

20     by itself, and the defendant's prior history, really call out

21     for a life sentence to deter this defendant who is clearly a

22     danger to the public and will be, but also to deter others.

23     The case is so horrific and has gotten so much attention that

24     only the stiffest sentence that this Court can impose will

25     send the message to the public that these types of crimes will

1    be dealt with in the harshest ways possible.  Because of all

2    that, a life sentence without the possibility of parole is

3    appropriate in this case.

4          **THE COURT:**  Thank you very much, Mr. Budlow.

5          And with that, I now recognize defense counsel for

6    remarks on behalf of the defendant. I have read the sentencing

7    memorandum submitted by defense counsel, paper number 260

8    filed on December the 28th outlining the life history of Mr.

9    Briscoe and I'll be glad to hear from you, Mr. Purpura.

10         **MR. PURPURA:**  Your Honor, thanks.

11         **THE COURT:**  And certainly to the extent there are

12   any family members for Mr. Briscoe who would like to speak,

13   they're welcome to do so, just as we've heard from Government

14   witnesses.

15         **MR. PURPURA:**  Thank you.  There are none that are

16   coming forward. Your Honor, as the Court has mentioned a few

17   times at this point, based on the jury's verdict on all six

18   counts under the United States Sentencing Guidelines, there is

19   a life sentence based on a Category 43, Criminal History

20   Category V.  And more importantly, I would suggest that as the

21   Court has indicated again several times, under the conviction

22   on Count Five and Six, there's a mandatory under the statute,

23   life sentence which the Court must impose.

24         Other than that, other than we submitted as to his

25   background, there's nothing further that we can or should say

1    at this point. Thank you.

2         **THE COURT:**   Thank you very much, Mr. Purpura. And

3    for the record, I have read your memorandum and his exposure

4    to toxic chemicals at a young age and his own personal history

5    and background and I have read all of that as a matter of

6    record.

7         With that, if you'll please stand, Mr. Briscoe. I now

8    personally address you, sir, and determine if you wish to make

9    a statement and give you an opportunity to speak on your own

10   behalf. Would you like to make a statement, sir?

11        **THE DEFENDANT:**   Hmm?

12        **THE COURT:**   You need to keep your voice up and bring

13   the microphone closer to you so that Ms. Bachmann, the court

14   reporter, can hear any comments you'd like to make.

15        **THE DEFENDANT:** Um, I would like to say something,

16   but my attorneys advised me that I shouldn't, so I'm not.

17        **THE COURT:**   You would have to go by the advice of

18   counsel on this matter and I understand and the record will

19   reflect that the defendant as has been noted in the sentencing

20   memorandum submitted by defense counsel, continues to maintain

21   his innocence. That's essentially the thrust of, I gather,

22   what he's referencing. Is that right, Mr. Purpura?

23        **MR. PURPURA:**   Your Honor, as the Court is well

24   aware, the right of allocution really is up to the defendant

25   himself. We have advised him that based on the mandatory

1   statutory sentence of life imprisonment, the guideline

2   sentence of life, that there's really nothing that he can say

3   which can affect that and anything he can say may not help him

4   if he's successful in any of the appeals or anything else he

5   has --

6             THE COURT:  I understand.  And he's been so advised?

7             MR. PURPURA:  He has been advised, but if he --

8             THE COURT:  Do you want to talk to him again for a

9   minute?  Just put the noise machine on and let him talk to his

10  counsel for a second, please, Ms. Kelly.  Thank you very much.

11            **(Defendant conferred with his counsel privately.)**

12            MR. PURPURA:  Your Honor, in essence Mr. Briscoe

13  would like to wish peace to the victims' family and to the

14  victims themselves.

15            THE COURT:  The record will reflect that you

16  proffered that on behalf of your client. Anything further, Mr.

17  Briscoe?

18            THE DEFENDANT:  No, sir.

19            THE COURT:  All right, fine. Proceeding with the

20  sentencing in this case, the evidence in this case was in my

21  view, quite overwhelming here in terms of your guilt on this

22  matter and the jury verdict was certainly supported by the

23  evidence in this case and the very strong efforts of the

24  Government investigators over the course of many years to

25  solve this case. And that should not go without notice.

1     Looking at under the *Booker* and *Gall* analysis, the

2   sentence imposed should achieve the four congressionally

3   mandated purposes of sentencing as set forth in 18 United

4   States Code §3553(a)(2) and that is to punish you, to deter

5   you and others from criminal conduct, to incapacitate you and

6   protect the public and to rehabilitate you.  And to achieve

7   these four purposes, I look to the seven factors under 3553(a)

8   of Title 18.  And a starting point is a calculation of the

9   advisory guideline range. That range, apart from the mandatory

10  sentence mandated as to Counts Five and Six, there's a life

11  sentence guideline range as to Count Four.  And clearly even

12  if there were not statutorily mandated sentences of life in

13  Counts Five and Six, the sentence of this Court would be life

14  imprisonment just on Count Four alone because of the egregious

15  nature of this.

16     You had an extensive criminal history. You were 13 years

17  old and were charged with attempted armed robbery. Defense

18  counsel has done a very good job of noting the difficulties of

19  your childhood, but all of those have manifested themselves in

20  a life of crime and they further manifested themselves in what

21  I consider to be one of the worst cases in the last 50 years

22  in this courthouse.

23     Just so the record is clear, I first was involved in this

24  courthouse as a third-year law student working on the staff of

25  U.S. Attorney George Bell.  And as counsel are well aware, it

1   included a tour as Assistant U.S. Attorney and tours of duty

2   as a U.S. Attorney for Maryland, and I represented criminal

3   defendants in this courthouse myself as defense counsel, and

4   I've been on the bench now 20 years as of this May.  And I

5   consider this to be one of the worst cases I have ever seen in

6   the 50 years of my association with this court.

7        The execution of a seven-year-old boy as a potential

8   witness, nothing less but an execution is absolutely just

9   about rock bottom in terms of what this Court has faced with

10  the overflow of the violence in this metropolitan area. And I

11  think it best speaks of all the documents in this case and all

12  the evidence, the Government's submission paper number 257

13  submitted on December the 22nd.  It's under seal, but there is

14  a picture on page 5 of the six-count submission that

15  essentially is a picture in memory of KB and it's signed by

16  all of his school classmates who were then seven years of age.

17  And that picture summarizes the pain that is felt by the

18  community and just the numb, the numbing to violence on the

19  part of young people.  And it's been reflected by the

20  statements, the victim impact statements presented by the

21  Government here today and it speaks volumes that a group of

22  second grade children were required to deal with the murder of

23  one of their classmates.  And those young people do not speak

24  here in court today, but I guarantee you they're on my mind

25  because they are numb, just numb to the violence that

1    continues to go on and on and on.

2         And the thing that is most frustrating, that has caused

3    this massive problem in the state court system to have to come

4    over to the federal system because the state court system is

5    just overwhelmed by it, overwhelmed by it, to the point the

6    state court system just has to cry out for help from the

7    federal court system.  So more and more the cases are over

8    here in federal court.

9         And what is lost in all of this is the numbing to

10   violence in major metropolitan areas, major areas of this

11   metropolitan community among the most violent in the United

12   States. For a city the size of Baltimore with a population now

13   of less than 600,000 people to continue to report murders in

14   excess of 300 a year speaks to the numbing and violence.

15        But you, Mr. Briscoe, have been convicted of a crime

16   that's just about as gruesome as you can commit. This is not a

17   gun battle on the streets fighting over turf.  This is not

18   gang violence, one gang to another, grown men shooting at one

19   another, 18-year-old and 19-year-old kids killing each other

20   over drug debts.  This is just flat out cold-blooded execution

21   of two people. And as egregious as the murder of Jennifer

22   Jeffrey was on May 27, 2015, the execution, an absolute

23   execution of a seven-year-old boy in his pajamas eating his

24   breakfast because he might be a witness is just about the

25   bottom of the barrel. And I can assure you that regardless of

1    Counts Five and Six and what's mandatory and statutorily

2    required I would sentence you to life imprisonment and I will

3    just on Count Four alone. And these will all be concurrent

4    sentences. So your ultimate judgment, sir, will come from a

5    far higher authority than me. You will have to deal with that

6    and live with that for the rest of your life.

7         It is ordered that you be remanded to the custody of the

8    Bureau of Prisons for a period of 480 months on Count One, the

9    mandate by statute, the maximum by statute.  480 months on

10   Count Two, concurrent to Count One. That's 40-year sentences

11   on each one of those. Count Three, 120 months concurrent to

12   Counts One and Two. Count Four, life imprisonment concurrent

13   to Counts One, Two, and Three. Count Five, mandatory life

14   imprisonment without parole or release, concurrent to Counts

15   One, Two, Three, and Four and mandatory life imprisonment on

16   Count Six, concurrent to Counts One, Two, Three, Four, and

17   Five.

18        You shall be given credit for all time served in federal

19   custody since May 22, 2020. I'm going to recommend that you

20   receive psychological counseling and mental health treatment.

21   To the extent that you're eligible you should receive

22   vocational training as well.

23        As to the Federal Correctional Institution where you will

24   be housed, I'll make no recommendation. I'll leave that to the

25   discretion of the Bureau of Prisons.

```
 1        I would note that in light of comments made earlier by
 2   Kester Browne, Senior, the father of the victim, KB, the
 3   younger, Mr. Budlow, that I would have her make a
 4   recommendation that Mr. Briscoe not be sent to the prison
 5   where Mr. Browne had been previously incarcerated. It's
 6   unclear to me where he was incarcerated.  Do you know where he
 7   was incarcerated now?
 8             MR. BUDLOW:  Your Honor, he mentioned being in West
 9   Virginia.  We believe that was FCI Morgantown.
10             THE COURT:  I would just recommend -- the Court
11   recommends that Mr. Briscoe not be incarcerated at the Federal
12   Correctional Institution in Morgantown, West Virginia. Other
13   than that I'll make no other specific recommendation.
14        Mr. Purpura, do you want to be heard on that?
15             MR. PURPURA:  Well, we would ask the Court to make a
16   recommendation to the US Penitentiary in Allenwood and there's
17   multiple reasons:  Obviously, it's the location.  It's within
18   the 500 radius, 500-mile radius of Baltimore.  It's easier for
19   the family and for whoever handles the appeal, if it's Ms.
20   Whalen, to see him.
21             THE COURT:  That's fine.  Any objection to that, Mr.
22   Budlow?
23             MR. BUDLOW:  No.
24             MR. PURPURA:  Thank you.
25             THE COURT:  United States Federal Penitentiary in
```

 1      Allenwood.

 2                  **MR. PURPURA:**  Allenwood, Pennsylvania.

 3                  **THE COURT:**  Allenwood, Pennsylvania.  I'll make that

 4      recommendation.  Obviously his security will be maximum

 5      security according to the prison calculations.

 6                  **MR. PURPURA:**  It's a penitentiary, so it's maximum.

 7                  **THE COURT:**  That's fine, that's fine. And I believe

 8      I have the statutory framework correct from the point of view

 9      of the Government, do I not, Mr. Budlow?

10                  **MR. BUDLOW:**  Yes, Your Honor.

11                  **THE COURT:**  From your point of view, Mr. Purpura?

12                  **MR. PURPURA:**  Yes, Your Honor.

13                  **THE COURT:**  I'm going to place you on supervised

14      release. I have to go through the gamut of this just for

15      purposes of the record because you're not going to be on

16      supervised release, you're going to be life in prison. But in

17      the unlikely event of any kind of supervised release, it will

18      be four years on Counts One and Two, concurrent to one

19      another; three years on Count Three concurrent to Counts One

20      and Two; five years on Counts Four, Five, and Six, all

21      concurrent to one another for a total period of supervised

22      release if it were ever to be applicable which it would not

23      be, of five years with the mandatory and standard conditions

24      of supervised release, as well as any additional conditions.

25      The mandatory conditions, again, Fourth Circuit jurisprudence

1    requires me to list all these and explain these. I don't

2    really think it's applicable.  Do you want to waive that, Mr.

3    Purpura?

4              **MR. PURPURA:**  We'll waive that and they have been

5    reviewed.

6              **THE COURT:**  So I'm not going to go through the

7    mandatory and standard conditions of supervision.  The

8    defendant has waived the reading of it and it clearly is not

9    applicable here in light of the life sentences, but just in

10   the abundance of caution I was going to read those, but I

11   don't think it's necessary.

12        With respect to any additional conditions, if you were to

13   ever be released he would have to participate in any substance

14   abuse treatment program as necessary and any mental health

15   treatment program as necessary, as well as participate in any

16   vocational program as ordered by the probation officer. But

17   that is really not applicable in this case. But it will be

18   reflected, Ms. Kelly, on the judgment and commitment order.

19   I'm not going to impose a fine in this case. The defendant has

20   been very ably represented by court-appointed counsel by Mr.

21   Purpura and Ms. Whalen. There is a mandatory special

22   assessment of $600, $100 for each count which will be deducted

23   from his prison wages.

24        I want to advise you of your appeal rights, Mr. Briscoe.

25   And this right of appeal includes not only your right of

1    appeal with respect to your conviction by the jury in this

2    case, but with respect to any and all of my prior evidentiary

3    rulings. You should note an appeal within 14 days of the entry

4    of the judgment and commitment order in this case pursuant to

5    Rule 4(b) of the Federal Rules of Appellate Procedure. If you

6    could not afford an attorney to handle an appeal, an attorney

7    could be appointed to represent you and you'd be entitled to

8    have an attorney other than those counsel who were appointed

9    to represent you if you so desire.

10         Mr. Purpura, you don't need to confirm with the Court,

11   but just make sure that you obviously discuss the matter of an

12   appeal with Mr. Briscoe and take the appropriate steps to file

13   an appeal on his behalf within the 14-day time period.

14             **MR. PURPURA:**  Will do, Your Honor, yes.

15             **THE COURT:**  Is there anything further from the point

16   of view of the Government, Mr. Budlow?

17             **MR. BUDLOW:**  Your Honor, I would just note on the

18   supervised release conditions that there's additional

19   recommended conditions listed on page 33 that you did not

20   read. I'm not asking you to impose them, I'm just asking that

21   they not be part of the judgment and commitment order if we're

22   not going to go through them.

23             **THE COURT:**  On page 33?  Let me see here. He's

24   already read the mandatory and standard conditions. In terms

25   of the recommended additional conditions also --  I'm sorry,

1    yes, in the unlikely event that he were to ever be released

2    that he's not to communicate or otherwise interact with the

3    family of the victims either directly or through someone else

4    without first obtaining the permission of the probation

5    officer.  Is that what you're making reference, Mr. Budlow?

6         MR. BUDLOW:  It is, Your Honor.

7         THE COURT:  That will be noted as well.  Did I miss

8    anything else there?  I don't think I did. I think I mentioned

9    the other ones that were suggested.

10        MR. BUDLOW:  I'm not necessarily asking for it, it

11   does include "You may not possess alcohol."

12        THE COURT:  I usually don't go through all of that.

13        MR. BUDLOW:  My only point is that if you didn't go

14   through them, that they're not in the J & C, so we're not

15   doing this again.

16        THE COURT:  That's fine.  Anything else from the

17   point of view of the Government?

18        MR. BUDLOW:  Nothing, Your Honor.

19        THE COURT:  Anything else from the point of view of

20   the defense?

21        MR. PURPURA:  No, thank you.

22        THE COURT:  Just for the record, I want to thank

23   Agent Weaver from the ATF and Agent Kelly from the FBI who I

24   think has now left the courtroom and thank you for your

25   diligent work to solve this heinous crime. There's no other

1    word that can describe it and it should reflect the very

2    coordinated efforts and hard work of the Bureau of Alcohol,

3    Tobacco, Firearms and Explosives, as well as the Federal

4    Bureau of Investigation.  And I thank you, Agent Weaver, for

5    your work in this case.  We thank you.  And please make sure

6    you extend my thanks, Mr. Budlow, to Agent Kelly as well.  And

7    I commend the U.S. Attorney's Office for its work on this and

8    certainly I commend Mr. Purpura and Ms. Whalen for providing

9    this defendant with top quality legal representation in a very

10   heinous crime.

11        Mr. Briscoe, this doesn't end it for you because you will

12   face greater judgment than me some day, sir.  With that, this

13   Court stand adjourned.  Thank you all very much.

14               **(Proceeding concluded at 12:22 p.m.)**

15

16

17

18

19

20

21

22

23

24

25

1   **CERTIFICATE OF OFFICIAL REPORTER**

2

3

4

5          I, Nadine M. Bachmann, Certified Realtime Reporter

6   and Registered Merit Reporter, in and for the United States

7   District Court for the District of Maryland, do hereby

8   certify, pursuant to 28 U.S.C. § 753, that the foregoing is a

9   true and correct transcript of the stenographically-reported

10  proceedings held in the above-entitled matter and that the

11  transcript page format is in conformance with the regulations

12  of the Judicial Conference of the United States.

13

14                          Dated this _15th_ day of _March, 2023_.

15

16                          _-S-_

17          _____

18                          NADINE M. BACHMANN, CRR, RMR
                            FEDERAL OFFICIAL COURT REPORTER
19

20

21

22

23

24

25

# $

$100 [1] - 42:22
$600 [1] - 42:22

# 0

03 [1] - 16:25
037 [2] - 16:25, 17:4

# 1

10 [1] - 29:13
101 [1] - 1:24
10th [1] - 29:16
116 [1] - 12:17
11:12 [1] - 2:1
11th [1] - 29:16
120 [1] - 39:11
121 [2] - 10:15, 11:1
125 [1] - 12:18
126 [1] - 15:5
12:22 [1] - 45:14
12th [1] - 29:16
13 [3] - 14:5, 14:7, 36:16
13th [1] - 29:16
14 [1] - 43:3
14-day [1] - 43:13
14th [1] - 29:16
15 [2] - 9:22, 13:4
15th [2] - 29:16, 46:14
16 [1] - 13:13
16th [1] - 29:18
17 [2] - 13:4, 14:10
18 [8] - 8:18, 8:20, 9:7, 9:20, 23:7, 36:3, 36:8
18-year-old [1] - 38:19
19-year-old [1] - 38:19

# 2

20 [1] - 37:4
2000 [1] - 14:11
2003 [2] - 11:7, 12:8
2005 [1] - 8:20
2007 [1] - 9:22
2015 [4] - 6:2, 16:13, 32:3, 38:22
2020 [1] - 39:19
2022 [1] - 1:7
2023 [1] - 46:14
20910 [1] - 1:19
21201 [2] - 1:13, 1:25
21202 [1] - 1:14
22 [1] - 39:19
22nd [2] - 4:16, 37:13
24 [1] - 12:18
25 [1] - 12:18

257 [2] - 7:12, 37:12
26 [3] - 7:13, 15:5
260 [2] - 8:4, 33:7
27 [2] - 16:12, 38:22
27th [1] - 6:2
28 [1] - 46:8
28th [2] - 8:5, 33:8

# 3

30 [3] - 7:13, 11:12, 15:6
300 [1] - 38:14
33 [2] - 43:19, 43:23
3553(a [1] - 36:7
36 [1] - 1:13
3rd [2] - 21:7, 22:1

# 4

4 [1] - 1:7
4(b [1] - 43:5
40 [2] - 14:23, 14:25
40-year [1] - 39:10
400 [1] - 1:18
410-962-4753 [1] - 1:25
43 [4] - 13:8, 13:25, 14:13, 33:19
480 [2] - 39:8, 39:9
4th [1] - 1:24

# 5

5 [1] - 37:14
50 [3] - 18:15, 36:21, 37:6
500 [1] - 40:18
500-mile [1] - 40:18

# 6

600,000 [1] - 38:13

# 7

7 [1] - 32:3
753 [1] - 46:8
7A [1] - 1:7

# 8

801 [1] - 1:18
89 [1] - 14:4
8th [2] - 8:13, 29:16

# 9

90 [1] - 28:7
9th [1] - 29:16

# A

a.m [1] - 2:1
able [6] - 16:5, 16:8, 19:21, 22:1, 22:11, 29:2
ably [1] - 42:20
above-entitled [1] - 46:10
absent [1] - 12:23
absolute [1] - 38:22
absolutely [1] - 37:8
abundance [1] - 42:10
abuse [1] - 42:14
accomplished [1] - 18:17
according [1] - 41:5
account [1] - 9:15
achieve [3] - 10:4, 36:2, 36:6
Act [4] - 11:7, 11:9, 11:11, 12:24
additional [6] - 4:21, 16:5, 41:24, 42:12, 43:18, 43:25
additionally [1] - 4:12
address [6] - 4:23, 4:25, 15:12, 15:21, 20:1, 34:8
adjourned [1] - 45:13
adjusted [1] - 13:7
adjustment [1] - 13:21
administrative [2] - 12:8, 12:20
adult [3] - 14:2, 14:9, 26:16
advantage [1] - 26:9
advice [1] - 34:17
advise [2] - 5:7, 42:24
advised [5] - 6:20, 34:16, 34:25, 35:6, 35:7
advisory [5] - 9:11, 9:12, 10:1, 13:2, 36:9
affect [1] - 35:3
affected [1] - 18:19
affects [1] - 30:21
afford [1] - 43:6
afraid [1] - 26:17
age [10] - 13:21, 14:5, 14:8, 14:11, 23:18, 24:18, 28:16, 32:3, 34:4, 37:16
Agent [8] - 3:9, 3:10, 3:12, 3:13, 44:23, 45:4, 45:6
AGENT [3] - 3:19, 11:4, 13:18
aggressive [1] - 22:5

ago [3] - 8:20, 9:7, 9:22
agreement [1] - 11:22
ain't [6] - 17:9, 17:16, 17:22, 19:2, 19:13
alcohol [1] - 44:11
Alcohol [1] - 45:2
Allenwood [4] - 40:16, 41:1, 41:2, 41:3
allocution [3] - 15:23, 31:7, 34:24
allow [1] - 2:18
almost [2] - 21:4, 25:3
alone [2] - 36:14, 39:3
AMERICA [1] - 1:2
ammunition [1] - 6:9
analysis [2] - 10:6, 36:1
Andre [2] - 2:3, 5:6
ANDRE [1] - 1:5
anxiety [1] - 44:1
apart [3] - 9:18, 10:2, 36:9
apologize [2] - 22:7, 24:2
appeal [8] - 40:19, 42:24, 42:25, 43:1, 43:3, 43:6, 43:12, 43:13
Appeals [1] - 9:16
appeals [1] - 35:4
Appellate [1] - 43:5
apple [1] - 26:8
applicable [7] - 10:9, 11:21, 11:22, 41:22, 42:2, 42:9, 42:17
applied [1] - 9:11
apply [3] - 9:14, 11:9, 11:16
appointed [3] - 42:20, 43:7, 43:8
appreciate [1] - 31:8
appreciated [1] - 18:20
approaching [1] - 16:3
appropriate [4] - 12:7, 31:22, 33:3, 43:12
area [1] - 37:10
areas [3] - 2:8, 38:10
armed [1] - 36:17
assault [1] - 14:12
assessment [1] - 42:22
Assistant [2] - 1:12, 37:1
associated [1] - 18:15
association [1] - 37:6
assure [1] - 38:25

ATF [3] - 1:20, 3:9, 44:23
attempted [5] - 14:5, 14:7, 14:10, 32:16, 36:17
attention [3] - 27:3, 27:5, 32:23
attorney [3] - 43:6, 43:8
Attorney [4] - 1:12, 36:25, 37:1, 37:2
Attorney's [1] - 45:7
attorneys [1] - 34:16
aunt [5] - 22:12, 23:3, 23:10, 25:4, 29:9
authority [1] - 39:5
Avenue [1] - 1:18
aware [4] - 5:1, 6:19, 34:24, 36:25

# B

baby [1] - 27:15
BACHMANN [1] - 46:18
Bachmann [5] - 1:23, 2:25, 16:19, 34:13, 46:5
backed [1] - 22:3
background [2] - 33:25, 34:5
balance [1] - 9:9
Baltimore [7] - 1:8, 1:13, 1:16, 1:25, 20:22, 38:12, 40:18
bambino [1] - 27:1
barrel [1] - 38:25
base [2] - 13:5, 13:8
based [4] - 13:6, 33:17, 33:19, 34:25
basis [1] - 26:21
basketball [1] - 29:15
bathe [1] - 27:19
battle [1] - 38:17
beautiful [1] - 27:5
bed [1] - 27:20
BEFORE [1] - 1:10
began [1] - 27:15
begin [1] - 28:12
begins [1] - 12:17
behalf [3] - 3:6, 3:8, 5:4, 5:6, 15:14, 15:18, 15:19, 18:20, 19:18, 33:6, 34:10, 35:16, 43:13
behind [1] - 2:13
Bell [1] - 36:25
bellies [1] - 28:21
bench [1] - 37:4
Bennett [1] - 5:5

**BENNETT** [1] - 1:10
**best** [2] - 28:20, 37:11
**better** [1] - 26:19
**Bible** [1] - 20:8
**big** [4] - 27:8, 28:10, 28:23, 30:11
**biggest** [2] - 23:6, 25:4
**birthday** [6] - 21:7, 21:8, 22:2, 24:22, 29:16, 29:18
**birthdays** [2] - 23:8, 26:2
**blank** [1] - 24:9
**blooded** [1] - 38:20
**Bobby** [2] - 4:11, 29:25
**Booker** [3] - 8:21, 9:7, 36:1
**boosted** [8] - 2:12, 2:16, 2:20, 2:21, 3:11, 5:8, 5:14, 30:2
**born** [2] - 24:19, 28:23
**bottom** [2] - 37:9, 38:25
**bound** [1] - 9:14
**boy** [8] - 6:1, 13:19, 16:12, 17:6, 17:13, 30:18, 37:7, 38:23
**boys** [2] - 27:17, 27:22
**breakfast** [2] - 16:13, 38:24
**brief** [1] - 12:17
**briefly** [2] - 24:8, 31:12
**bring** [1] - 34:12
**Briscoe** [22] - 2:3, 5:6, 5:11, 5:21, 5:25, 6:19, 8:12, 11:6, 15:18, 16:24, 18:18, 33:9, 33:12, 34:7, 35:12, 35:17, 38:15, 40:4, 40:11, 42:24, 43:12, 45:11
**BRISCOE** [1] - 1:5
**broader** [1] - 31:11
**broke** [3] - 27:10, 27:13, 28:11
**broken** [1] - 27:25
**brother** [9] - 4:10, 20:1, 23:18, 24:18, 24:23, 25:16, 25:17, 28:10
**Browne** [13] - 4:8, 4:9, 8:16, 16:3, 16:10, 16:11, 16:14, 17:8, 19:5, 19:16, 19:20, 40:2, 40:5
**Budlow** [24] - 1:12, 3:8, 3:12, 3:23, 4:15,

5:2, 7:12, 7:20, 8:1, 11:25, 13:15, 15:14, 16:1, 16:9, 19:17, 22:17, 29:24, 33:4, 40:3, 40:22, 41:9, 43:16, 44:5, 45:6
**bUDLOW** [1] - 22:22
**BUDLOW** [34] - 3:7, 3:24, 4:5, 4:8, 4:21, 7:16, 7:21, 8:2, 12:1, 13:17, 16:2, 16:10, 19:23, 19:25, 22:16, 22:18, 22:20, 24:2, 24:8, 24:14, 29:25, 31:5, 31:8, 31:19, 32:4, 32:6, 40:8, 40:23, 41:10, 43:17, 44:6, 44:10, 44:13, 44:18
**Bureau** [4] - 39:8, 39:25, 45:2, 45:4
**business** [1] - 20:7

## C

**Caitlin** [2] - 3:2, 3:3
**calculation** [13] - 8:6, 9:6, 9:18, 10:1, 10:7, 13:1, 13:3, 13:7, 14:1, 14:20, 15:8, 15:22, 36:8
**calculations** [1] - 41:5
**camp** [2] - 19:9, 19:12
**care** [3] - 25:5, 25:6, 30:14
**carrying** [2] - 6:11, 6:14
**CASE** [1] - 1:4
**case** [25] - 2:2, 6:2, 6:3, 7:2, 9:7, 9:21, 11:23, 12:16, 31:10, 31:13, 31:23, 31:25, 32:6, 32:23, 33:3, 35:20, 35:23, 35:25, 37:11, 42:17, 42:19, 43:2, 43:4, 45:5
**cases** [5] - 11:10, 18:15, 36:21, 37:5, 38:7
**Category** [3] - 14:13, 33:19, 33:20
**Catholic** [1] - 26:12
**Catonsville** [1] - 26:13
**caused** [1] - 38:2
**causing** [2] - 6:13, 6:15
**caution** [1] - 42:10
**Cedonia** [1] - 27:16
**celebrate** [1] - 22:2
**celebrated** [1] - 21:8

**celebrating** [2] - 21:7, 26:2
**certain** [3] - 5:1, 6:20, 11:13
**certainly** [6] - 12:11, 16:7, 16:15, 33:11, 35:22, 45:8
**CERTIFICATE** [1] - 46:1
**Certified** [1] - 46:5
**certify** [1] - 46:8
**chance** [1] - 27:21
**change** [3] - 7:17, 15:6, 15:7
**changed** [4] - 20:12, 23:13, 27:10
**characteristics** [1] - 12:15
**charged** [3] - 6:17, 14:4, 36:17
**charges** [2] - 13:9, 14:12
**Charles** [1] - 1:13
**chemicals** [1] - 34:4
**chief** [2] - 11:11, 12:7
**child** [7] - 13:21, 21:13, 22:11, 26:7, 27:2, 31:25, 32:2
**childhood** [2] - 29:7, 36:19
**children** [3] - 26:7, 27:5, 37:22
**Chinese** [1] - 19:1
**choice** [1] - 21:21
**choices** [1] - 20:17
**chose** [2] - 12:22, 20:17
**Christmas** [3] - 22:3, 25:7
**Circuit** [1] - 41:25
**circumstances** [1] - 16:14
**city** [2] - 20:24, 38:12
**classmates** [2] - 37:16, 37:23
**clear** [1] - 36:23
**clearly** [5] - 14:21, 22:25, 32:21, 36:11, 42:8
**clerk** [3] - 11:19, 16:4, 23:19
**clerks** [1] - 3:2
**client** [1] - 35:16
**close** [1] - 5:21
**closer** [1] - 34:13
**closest** [1] - 24:20
**cloud** [2] - 20:21, 20:24
**club** [1] - 29:12
**co** [2] - 6:2, 31:10

**co-defendant** [2] - 6:2, 31:10
**Code** [1] - 36:4
**cold** [1] - 38:20
**cold-blooded** [1] - 38:20
**college** [1] - 29:19
**coming** [4] - 17:25, 18:1, 19:2, 33:16
**commenced** [1] - 2:1
**commend** [2] - 45:7, 45:8
**comment** [1] - 16:15
**comments** [3] - 18:14, 34:14, 40:1
**Commission** [2] - 11:14, 12:10
**commission** [2] - 12:5, 12:6
**commit** [1] - 38:16
**commitment** [4] - 11:17, 42:18, 43:4, 43:21
**communicate** [1] - 44:2
**communication** [1] - 6:17
**community** [3] - 32:9, 37:18, 38:11
**complied** [1] - 12:25
**concern** [2] - 22:9, 22:10
**conclude** [1] - 19:19
**concluded** [1] - 45:14
**concurrent** [11] - 31:7, 31:19, 39:3, 39:10, 39:11, 39:12, 39:14, 39:16, 41:18, 41:19, 41:21
**conditions** [9] - 41:23, 41:24, 41:25, 42:7, 42:12, 43:18, 43:19, 43:24, 43:25
**conduct** [3] - 32:7, 32:16, 36:5
**Conference** [1] - 46:12
**conferred** [1] - 35:11
**confidential** [1] - 12:16
**confirm** [1] - 43:10
**confirmed** [1] - 20:13
**conformance** [1] - 46:11
**Congress** [2] - 10:11, 11:8
**congressionally** [1] - 36:2
**consecutive** [1] - 31:20

**consequences** [2] - 17:23, 17:24
**consider** [2] - 36:21, 37:5
**consideration** [1] - 10:2
**considered** [1] - 9:17
**conspiracy** [1] - 6:6
**constitutional** [1] - 9:10
**constitutionality** [2] - 8:23, 8:25
**consult** [1] - 9:15
**contact** [1] - 25:12
**contains** [1] - 12:16
**context** [1] - 9:11
**continue** [2] - 24:16, 38:13
**continues** [3] - 32:10, 34:20, 38:1
**conversation** [1] - 28:12
**convicted** [2] - 13:9, 38:15
**conviction** [2] - 33:21, 43:1
**convictions** [4] - 6:10, 14:3, 14:9, 32:18
**coordinated** [1] - 45:2
**cope** [1] - 28:17
**copy** [1] - 11:22
**correct** [14] - 3:21, 4:4, 4:5, 7:3, 7:15, 7:19, 7:22, 8:7, 8:8, 11:25, 13:15, 31:18, 41:8, 46:9
**correction** [2] - 7:11, 15:3
**Correctional** [2] - 39:23, 40:12
**corrections** [2] - 7:25, 8:5
**correctly** [1] - 4:4
**counsel** [21] - 2:15, 3:9, 5:19, 6:20, 7:2, 8:4, 8:7, 13:3, 15:4, 15:13, 33:5, 33:7, 34:18, 34:20, 35:10, 35:11, 36:18, 36:25, 37:3, 42:20, 43:8
**counseling** [1] - 39:20
**count** [2] - 37:14, 42:22
**Count** [25] - 6:7, 6:8, 6:11, 6:13, 6:16, 6:17, 7:13, 13:22, 14:22, 14:24, 14:25, 15:1, 33:22, 36:11, 36:14, 39:3, 39:8, 39:10, 39:11, 39:12,

39:13, 39:16, 41:19
**counts** [4] - 2:5, 6:5, 15:10, 33:18
**Counts** [21] - 6:21, 7:18, 7:19, 10:9, 13:6, 13:8, 13:20, 13:22, 14:17, 15:8, 31:16, 36:10, 36:13, 39:1, 39:12, 39:13, 39:14, 39:16, 41:18, 41:19, 41:20
**couple** [2] - 16:6, 31:11
**course** [1] - 35:24
**COURT** [84] - 1:1, 2:2, 3:12, 3:20, 4:2, 4:6, 4:15, 4:24, 5:9, 5:13, 5:16, 5:18, 6:24, 7:5, 7:8, 7:11, 7:17, 7:22, 7:25, 8:3, 8:9, 10:14, 10:19, 10:22, 10:25, 11:5, 12:3, 13:19, 15:25, 16:7, 16:11, 16:18, 17:1, 18:5, 18:9, 18:12, 19:4, 19:7, 19:11, 19:16, 19:24, 20:2, 22:15, 22:17, 22:19, 22:21, 22:25, 23:19, 24:6, 24:12, 24:16, 25:19, 29:23, 30:4, 31:2, 31:6, 31:16, 32:2, 32:5, 33:4, 33:11, 34:2, 34:12, 34:17, 35:6, 35:8, 35:15, 35:19, 40:10, 40:21, 40:25, 41:3, 41:7, 41:11, 41:13, 42:6, 43:15, 43:23, 44:7, 44:12, 44:16, 44:19, 44:22, 46:18
**Court** [29] - 1:24, 3:24, 4:23, 4:25, 5:7, 8:18, 8:21, 8:22, 8:25, 9:7, 9:20, 9:22, 16:4, 20:1, 25:24, 25:25, 31:20, 32:24, 33:16, 33:21, 33:23, 34:23, 36:13, 37:9, 40:10, 40:15, 43:10, 45:13, 46:7
**court** [21] - 2:7, 3:1, 4:19, 8:11, 8:19, 11:12, 12:7, 12:14, 12:20, 12:21, 12:23, 18:16, 34:13, 37:6, 37:24, 38:3, 38:4, 38:6, 38:7, 38:8, 42:20
**court's** [1] - 22:18

**court-appointed** [1] - 42:20
**courthouse** [4] - 2:9, 36:22, 36:24, 37:3
**courtroom** [4] - 3:2, 11:19, 24:13, 44:24
**Courtroom** [1] - 1:7
**Courts** [1] - 9:16
**courts** [4] - 11:9, 11:15, 11:16
**cousin** [5] - 23:11, 28:20, 28:23, 29:10
**coward** [1] - 17:21
**crazy** [4] - 23:4, 23:5, 23:16, 25:10
**creating** [1] - 20:23
**credit** [1] - 39:18
**cries** [1] - 28:10
**crime** [9] - 6:12, 6:15, 32:17, 36:20, 38:15, 44:25, 45:10
**crimes** [2] - 32:18, 32:25
**CRIMINAL** [1] - 1:4
**Criminal** [4] - 2:3, 14:12, 14:14, 33:19
**criminal** [6] - 6:10, 11:10, 14:2, 36:5, 36:16, 37:2
**CRR** [2] - 1:23, 46:18
**cry** [2] - 25:17, 38:6
**custody** [2] - 39:7, 39:19

## D

**D-a-n-i-e-l** [1] - 25:25
**dad** [1] - 29:11
**daddy** [1] - 27:15
**daily** [2] - 10:22, 26:20
**danger** [1] - 32:22
**Daniel** [2] - 24:3, 25:24
**Danielle** [1] - 26:25
**Daniels** [1] - 4:9
**dark** [1] - 28:9
**Dated** [1] - 46:14
**daydream** [1] - 26:20
**days** [4] - 11:13, 28:10, 30:18, 43:3
**de** [1] - 26:13
**deadly** [2] - 14:5, 14:7
**deal** [2] - 37:22, 39:5
**dealing** [1] - 21:1
**dealt** [1] - 33:1
**dear** [2] - 17:6, 17:13
**death** [2] - 6:13, 6:15
**debts** [1] - 38:20
**December** [5] - 4:16, 8:5, 9:22, 33:8,

37:13
**decided** [2] - 9:21, 20:10
**deducted** [1] - 42:22
**Defendant** [3] - 1:5, 1:14, 35:11
**defendant** [16] - 2:4, 6:2, 6:4, 11:24, 12:14, 18:13, 31:10, 31:24, 32:15, 32:21, 33:6, 34:19, 34:24, 42:8, 42:19, 45:9
**DEFENDANT** [15] - 5:12, 5:15, 5:17, 6:23, 7:4, 7:7, 7:10, 10:13, 10:18, 10:21, 10:24, 17:5, 34:11, 34:15, 35:18
**defendant's** [2] - 32:7, 32:20
**defendants** [2] - 5:4, 37:3
**defense** [8] - 8:4, 8:7, 33:5, 33:7, 34:20, 36:17, 37:3, 44:20
**definitely** [1] - 26:24
**degree** [1] - 14:10
**deletion** [2] - 9:1, 9:8
**demonstrates** [1] - 32:6
**departures** [1] - 11:21
**deputy** [2] - 3:2, 11:19
**describe** [1] - 45:1
**desire** [3] - 5:20, 15:20, 43:9
**desires** [2] - 15:16, 16:9
**destroy** [3] - 20:18, 20:19
**destroyed** [2] - 21:19, 21:20
**deter** [3] - 32:21, 32:22, 36:4
**determine** [3] - 19:11, 19:21, 34:8
**diabolical** [1] - 21:1
**die** [3] - 28:14, 28:15
**died** [2] - 26:15, 26:18
**difficult** [1] - 26:16
**difficulties** [1] - 36:18
**digit** [1] - 29:12
**diligent** [1] - 44:25
**dinner** [1] - 27:19
**directly** [1] - 44:3
**discretion** [2] - 2:9, 39:25
**discuss** [1] - 43:11
**discussed** [1] - 7:6
**display** [1] - 24:4
**dispute** [2] - 13:2,

14:1
**disputed** [3] - 14:19, 15:13, 15:21
**disrespect** [1] - 18:16
**distribute** [3] - 6:6, 6:7, 6:8
**District** [2] - 46:7
**DISTRICT** [2] - 1:1, 1:1
**DIVISION** [1] - 1:2
**documents** [4] - 11:13, 11:17, 12:11, 37:11
**done** [5] - 21:14, 21:22, 29:22, 30:25, 36:18
**double** [1] - 29:12
**down** [2] - 21:25, 27:23
**dreamed** [1] - 25:2
**drive** [1] - 27:16
**drug** [5] - 6:12, 6:14, 13:6, 21:1, 38:20
**dude** [1] - 20:14
**during** [5] - 2:16, 6:11, 6:14, 27:13, 27:21
**duty** [1] - 37:1
**dynamic** [1] - 27:9

## E

**early** [2] - 24:20, 28:24
**earth** [1] - 28:15
**easier** [1] - 40:18
**eating** [2] - 16:13, 38:23
**Edmondson** [1] - 27:16
**educated** [1] - 26:12
**effectively** [1] - 9:12
**effort** [1] - 20:6
**efforts** [2] - 35:23, 45:2
**egregious** [3] - 18:15, 36:14, 38:21
**Eight** [1] - 1:16
**eight** [1] - 23:8
**either** [1] - 44:3
**eligible** [1] - 39:21
**emotional** [1] - 21:11
**end** [1] - 45:11
**energy** [1] - 21:4
**enforcement** [1] - 6:17
**enjoyed** [1] - 27:2
**enormous** [1] - 27:22
**ensure** [1] - 11:12
**entitled** [2] - 43:7, 46:10
**entry** [1] - 43:3
**epiphany** [1] - 20:14
**error** [1] - 13:13

**especially** [1] - 30:22
**Esquire** [4] - 1:12, 1:15, 1:15, 1:17
**essence** [1] - 35:12
**essentially** [3] - 13:24, 34:21, 37:15
**event** [3] - 28:9, 41:17, 44:1
**events** [1] - 32:14
**evidence** [3] - 35:20, 35:23, 37:12
**evidentiary** [1] - 43:2
**evil** [1] - 32:7
**exactly** [2] - 19:20, 26:2
**example** [1] - 27:7
**examples** [3] - 29:17, 29:20
**exception** [1] - 12:23
**excess** [1] - 38:14
**execution** [5] - 37:7, 37:8, 38:20, 38:22, 38:23
**explain** [1] - 42:1
**Explosives** [1] - 45:3
**exposure** [1] - 34:3
**express** [1] - 18:10
**expressing** [1] - 18:11
**extend** [1] - 45:6
**extensive** [1] - 36:16
**extent** [2] - 33:11, 39:21
**extra** [1] - 22:5
**eye** [1] - 26:8

## F

**face** [2] - 35:2, 45:12
**faced** [1] - 37:9
**fact** [5] - 2:12, 13:9, 26:9, 32:2, 32:15
**factors** [3] - 9:17, 10:2, 36:7
**families** [1] - 21:19
**family** [15] - 3:25, 4:7, 8:15, 16:5, 20:18, 21:10, 30:15, 30:16, 30:21, 32:9, 33:12, 35:13, 40:19, 44:3
**far** [1] - 39:5
**father** [9] - 4:3, 4:8, 4:11, 6:1, 16:11, 26:7, 27:10, 29:22, 40:2
**FBI** [3] - 1:21, 3:9, 44:23
**FCI** [1] - 40:9
**FEDERAL** [1] - 46:18
**Federal** [8] - 1:24, 8:23, 10:6, 39:23,

40:11, 40:25, 43:5,
45:3
**federal** [18] - 8:11,
8:19, 9:9, 9:13, 9:23,
11:9, 11:10, 11:12,
11:15, 11:16, 17:3,
17:8, 19:4, 19:21,
38:4, 38:7, 38:8,
39:18
**feed** [1] - 27:19
**felt** [1] - 37:17
**few** [3] - 28:18, 30:8,
33:16
**fighter** [1] - 26:17
**fighting** [1] - 38:17
**fights** [1] - 22:5
**file** [1] - 43:12
**filed** [3] - 4:16, 8:5,
33:8
**fine** [8] - 4:24, 16:7,
35:19, 40:21, 41:7,
42:19, 44:16
**finger** [1] - 22:11
**firearm** [3] - 6:9, 6:11,
6:14
**Firearms** [1] - 45:3
**first** [16] - 8:19, 10:1,
13:1, 14:10, 15:13,
16:8, 17:15, 22:1,
29:11, 29:13, 29:14,
29:15, 29:19, 36:23,
44:4
**first-degree** [1] -
14:10
**five** [5] - 14:23, 14:24,
20:22, 41:20, 41:23
**Five** [17] - 6:16, 6:21,
7:18, 7:19, 10:9,
13:20, 13:22, 14:17,
15:8, 31:16, 33:22,
36:10, 36:13, 39:1,
39:13, 39:17, 41:20
**fix** [1] - 30:10
**flat** [1] - 38:20
**fled** [1] - 32:16
**Floor** [2] - 1:13, 1:24
**focus** [1] - 18:19
**following** [1] - 32:15
**fools** [2] - 20:22,
20:25
**FOR** [1] - 1:1
**foregoing** [1] - 46:8
**forgive** [1] - 16:22
**format** [1] - 46:11
**forth** [3] - 13:4, 14:21,
36:3
**forward** [1] - 33:16
**Four** [12] - 6:11, 6:13,
7:13, 13:8, 15:2,
36:11, 36:14, 39:3,

39:12, 39:15, 39:16,
41:20
**four** [3] - 36:2, 36:7,
41:18
**Fourth** [2] - 1:13,
41:25
**frame** [1] - 27:24
**framework** [1] - 41:8
**free** [6] - 2:17, 3:15,
16:15, 22:8
**friend** [3] - 23:3, 27:9,
28:20
**friends** [5] - 18:23,
20:19, 20:20, 28:2,
32:9
**frustrating** [1] - 38:2
**full** [1] - 25:21
**fully** [11] - 2:11, 2:15,
2:20, 2:21, 2:23,
3:11, 3:14, 3:20,
5:13, 16:16

## G

**Gall** [2] - 9:21, 36:1
**game** [1] - 29:15
**gamut** [1] - 41:14
**gang** [2] - 38:18
**gangster** [1] - 21:1
**gather** [2] - 31:18,
34:21
**George** [1] - 36:25
**giggle** [1] - 27:1
**girl** [1] - 30:10
**girlfriend** [1] - 29:15
**given** [2] - 26:19,
39:18
**glad** [6] - 15:15, 16:1,
20:3, 30:4, 31:6,
33:9
**gladiator** [2] - 17:13,
17:14
**goal** [2] - 10:3, 31:22
**goals** [1] - 10:5
**God** [4] - 16:23, 22:12,
28:11, 30:25
**gonna** [1] - 27:3
**Government** [19] -
3:6, 3:8, 7:12, 7:20,
8:1, 12:12, 13:4,
15:4, 15:14, 15:15,
15:23, 19:18, 31:12,
33:13, 35:24, 37:21,
41:9, 43:16, 44:17
**Government's** [3] -
31:9, 31:10, 37:12
**grade** [2] - 29:13,
37:22
**graduating** [1] - 29:13
**graduation** [2] -

29:14, 29:19
**Grandpop** [1] - 30:18
**grateful** [1] - 28:4
**greater** [2] - 10:4,
45:12
**greed** [1] - 31:25
**grew** [1] - 23:2
**grieving** [1] - 29:21
**group** [1] - 37:21
**grouping** [1] - 13:23
**grow** [1] - 30:7
**grown** [1] - 38:18
**gruesome** [1] - 38:16
**guarantee** [1] - 37:24
**guess** [2] - 17:24, 21:6
**guideline** [10] - 8:6,
9:6, 9:18, 9:24,
11:21, 13:2, 14:20,
35:1, 36:9, 36:11
**Guidelines** [3] - 8:23,
10:7, 33:18
**guidelines** [15] - 9:1,
9:2, 9:9, 9:10, 9:11,
9:13, 9:14, 9:18,
10:1, 10:3, 10:8,
13:23, 14:15, 14:16
**guilt** [1] - 35:21
**guilty** [8] - 2:5, 6:3,
6:5, 6:6, 6:7, 6:9,
8:13, 14:9
**gun** [1] - 38:17
**guy** [1] - 28:6
**guys** [3] - 18:23, 19:2,
28:12

## H

**handed** [1] - 22:10
**handle** [1] - 43:6
**handles** [1] - 40:19
**hanging** [1] - 21:25
**happy** [1] - 3:20
**Happy** [1] - 5:9
**hard** [1] - 45:2
**harshest** [1] - 33:1
**Haynes** [1] - 6:2
**head** [5] - 19:17,
21:25, 26:25, 29:2,
30:23
**health** [2] - 39:20,
42:14
**hear** [12] - 15:15,
15:22, 16:1, 16:19,
17:1, 19:1, 20:3,
25:14, 30:4, 31:6,
33:9, 34:14
**heard** [5] - 19:3,
28:18, 32:13, 33:13,
40:14
**Hearing** [1] - 1:9

**heart** [3] - 28:12,
30:11, 30:12
**heartbreaking** [1] -
25:15
**heinous** [2] - 44:25,
45:10
**held** [3] - 9:8, 9:23,
46:10
**help** [8] - 16:24, 18:8,
27:18, 28:17, 32:17,
35:3, 38:6
**helpful** [1] - 19:19
**henceforth** [1] - 9:10
**hereby** [1] - 46:7
**heroin** [2] - 6:7, 6:8
**herself** [1] - 27:1
**high** [2] - 29:15, 29:18
**High** [1] - 26:14
**higher** [2] - 13:24,
39:5
**himself** [1] - 34:25
**history** [5] - 14:2,
32:20, 33:8, 34:4,
36:16
**History** [1] - 14:13,
14:14, 33:19
**hit** [2] - 21:21, 31:11
**hmm** [1] - 21:5, 34:11
**hold** [2] - 17:19, 23:19
**holiday** [1] - 2:13
**home** [5] - 19:2,
24:25, 27:13, 27:18,
29:5
**homework** [1] - 27:19
**Honor** [36] - 3:7, 3:10,
3:19, 4:13, 4:21,
7:16, 7:21, 8:2, 8:8,
11:4, 13:18, 16:3,
16:10, 18:8, 19:23,
19:25, 20:4, 22:13,
22:16, 22:20, 24:2,
25:23, 31:5, 31:8,
31:19, 33:10, 33:16,
34:23, 35:12, 40:8,
41:10, 41:12, 43:14,
43:17, 44:6, 44:18
**HONORABLE** [1] -
1:10
**hope** [1] - 26:4
**horrific** [2] - 26:20,
32:23
**house** [1] - 30:22
**housed** [1] - 39:24
**hovers** [1] - 20:21
**hug** [1] - 29:11

## I

**identify** [1] - 17:7
**II** [1] - 17:8

**imagine** [2] - 25:16,
26:21
**imagined** [2] - 17:10,
23:17
**immediately** [1] -
11:18
**impact** [6] - 4:18,
15:16, 32:8, 32:11,
37:20
**impacted** [1] - 28:7
**important** [1] - 9:5
**importantly** [1] - 33:20
**impose** [5] - 10:3,
32:24, 33:23, 42:19,
43:20
**imposed** [3] - 5:2,
11:20, 36:2
**imposing** [2] - 9:15,
11:10
**imposition** [1] - 11:13
**imprisonment** [11] -
14:23, 14:24, 15:1,
15:9, 31:14, 35:1,
36:14, 39:2, 39:12,
39:14, 39:15
**IN** [1] - 1:1
**incapacitate** [1] - 36:5
**incarcerated** [7] -
19:4, 19:8, 19:20,
40:5, 40:6, 40:7,
40:11
**include** [5] - 11:17,
11:20, 14:9, 32:18,
44:11
**included** [1] - 37:1
**includes** [1] - 42:25
**including** [2] - 4:3,
5:25
**indicated** [1] - 33:21
**indictment** [7] - 2:6,
6:6, 11:23, 11:24,
12:2, 12:3, 12:4
**individual** [1] - 16:8
**individuals** [1] - 4:23
**indulgence** [1] - 22:18
**information** [2] - 12:6,
12:16
**innocence** [2] - 29:6,
34:21
**innocent** [1] - 31:25
**inquire** [1] - 2:14
**instant** [1] - 32:19
**instead** [1] - 21:17
**Institution** [2] - 39:23,
40:12
**intelligence** [1] -
21:11
**intelligent** [1] - 26:11
**intend** [1] - 18:14
**intent** [2] - 6:7, 6:8

interact [1] - 44:2
introduced [1] - 4:23
investigation [4] - 7:1,
8:24, 12:19, 13:5
Investigation [1] -
45:4
investigators [1] -
35:24
involve [1] - 13:10
involved [1] - 36:23
issue [1] - 23:20
issued [3] - 8:18, 8:21,
12:7
itself [1] - 32:20

**J**

James [10] - 4:13,
22:20, 22:22, 23:2,
24:4, 24:5, 24:15,
24:16, 25:19
January [4] - 1:7,
8:20, 21:7, 22:1
Japanese [2] - 30:19,
30:20
Javon [1] - 3:10
Jefferson [1] - 13:14
Jeffrey [12] - 1:21, 3:9,
8:16, 13:10, 13:14,
13:15, 20:1, 22:24,
30:1, 31:24, 32:12,
38:22
Jeffrey's [4] - 4:9,
4:10, 4:12, 4:13
Jen [9] - 26:6, 26:15,
26:24, 27:7, 27:13,
28:24
Jennifer [16] - 4:9,
4:10, 4:11, 8:16,
13:10, 13:14, 20:1,
20:10, 20:20, 22:23,
30:1, 30:8, 31:24,
32:11, 38:21
Jennifer's [2] - 21:7,
30:7
Jenny [1] - 26:1
job [3] - 27:11, 29:20,
36:18
joining [1] - 3:8
joked [1] - 28:22
Jovan [1] - 1:20
Judge [2] - 1:10, 18:4
judge [6] - 2:10, 5:5,
11:11, 12:7, 12:21,
18:4
judges [2] - 9:14, 9:23
judgment [6] - 11:17,
39:4, 42:18, 43:4,
43:21, 45:12
Judicial [1] - 46:12

June [2] - 6:4, 8:13
jurisprudence [1] -
41:25
jury [5] - 2:4, 8:12,
35:22, 43:1
jury's [1] - 33:17
justice [2] - 22:10,
32:16
juvenile [2] - 14:2,
14:6

**K**

KB [9] - 6:1, 13:11,
13:19, 16:12, 31:25,
32:2, 32:12, 37:15,
40:2
keep [10] - 2:16, 2:20,
2:23, 3:14, 5:18,
5:19, 16:18, 16:19,
28:13, 34:12
Kelly [11] - 1:21, 3:3,
3:9, 3:13, 5:22,
11:19, 16:7, 35:10,
42:18, 44:23, 45:6
Kester [12] - 4:4, 4:8,
4:9, 8:16, 16:10,
16:11, 17:7, 18:6,
19:20, 20:5, 20:11,
40:2
Kevin [2] - 4:10, 19:25
Kevin's [1] - 4:11
key [2] - 8:17, 9:19
Kiara [1] - 6:2
kids [7] - 26:1, 26:8,
27:10, 27:15, 28:11,
29:8, 38:19
kill [1] - 20:10
killed [8] - 17:17,
17:22, 23:10, 26:21,
29:1, 29:10, 32:13
killing [6] - 6:16, 38:19
kind [6] - 10:14, 10:23,
16:23, 30:12, 32:7,
41:17
kiss [1] - 29:11
knowing [2] - 23:10,
27:4
knowledge [1] - 14:19

**L**

labor [1] - 28:24
lack [1] - 21:11
laid [1] - 27:11
last [12] - 8:18, 9:20,
10:19, 17:3, 17:10,
21:9, 25:8, 27:9,
28:8, 29:17, 30:8,
36:21

Latia [2] - 4:9, 25:24
LATIA [1] - 25:24
law [3] - 6:17, 11:7,
36:24
Law [2] - 1:15, 1:18
lay [1] - 22:11
learned [1] - 30:19
least [3] - 4:22, 27:14,
29:6
leave [3] - 16:23,
20:20, 39:24
lecture [1] - 18:13
left [2] - 30:23, 44:24
legal [1] - 45:9
less [2] - 37:8, 38:13
lesson [1] - 20:8
level [7] - 13:6, 13:7,
13:8, 13:24, 13:25,
14:13, 18:1
lie [1] - 27:3
life [44] - 6:21, 7:14,
7:15, 7:19, 10:10,
14:15, 14:16, 15:2,
15:9, 21:14, 21:15,
23:6, 23:10, 23:13,
23:14, 26:15, 26:19,
27:7, 27:9, 27:25,
28:4, 30:8, 30:14,
31:14, 31:21, 32:14,
32:21, 33:2, 33:8,
33:19, 33:23, 35:1,
35:2, 36:10, 36:12,
36:13, 36:20, 39:2,
39:6, 39:12, 39:13,
39:15, 41:16, 42:9
light [4] - 6:10, 13:8,
40:1, 42:9
list [2] - 4:17, 42:1
listed [1] - 43:19
listening [1] - 26:21
live [4] - 23:21, 24:12,
28:14, 39:6
lives [1] - 20:18
location [1] - 40:17
Lombard [1] - 1:24
look [4] - 12:21, 22:6,
26:25, 36:7
looked [3] - 4:17,
12:20, 18:25
looking [2] - 25:2,
36:1
looks [1] - 24:10
lost [4] - 23:5, 23:16,
32:14, 38:9
loud [1] - 20:25
loved [3] - 26:18,
26:22, 27:22
loving [1] - 30:17
low [1] - 28:5
lowest [1] - 17:12

lows [1] - 17:12
luckily [1] - 22:8

**M**

ma'am [1] - 25:21
machine [1] - 35:9
maintain [1] - 34:20
major [4] - 28:1, 28:7,
38:10
mama [2] - 25:5, 25:6
man [3] - 23:9, 24:24,
25:18
man's [1] - 4:4
mandate [1] - 39:9
mandated [5] - 12:24,
31:22, 36:3, 36:10,
36:12
mandates [1] - 9:13
mandatory [22] - 6:20,
6:21, 7:14, 7:19, 9:3,
9:4, 9:8, 10:10,
14:16, 15:9, 31:13,
33:22, 34:25, 36:9,
39:1, 39:13, 39:15,
41:23, 41:25, 42:7,
42:21, 43:24
manifested [2] -
36:19, 36:20
March [1] - 46:14
Mark [1] - 26:13
marked [1] - 12:14
MARYLAND [1] - 1:1
Maryland [8] - 1:8,
1:13, 1:16, 1:19,
1:25, 26:13, 37:2,
46:7
mask [5] - 2:13, 2:16,
2:21, 2:22, 2:23,
3:14, 5:19, 16:18
masking [1] - 2:10
masks [1] - 2:8
massive [1] - 38:3
materials [1] - 12:12
matter [6] - 25:6, 34:5,
34:18, 35:22, 43:11,
46:10
matters [4] - 14:19,
15:12, 15:21, 15:22
maximum [10] - 7:15,
9:3, 14:23, 14:25,
15:1, 15:2, 31:12,
39:9, 41:4, 41:6
mayhem [1] - 20:23
McGuinness [8] -
1:21, 3:17, 3:18, 7:1,
7:17, 11:1, 13:12,
15:3
McGuinness' [3] -
8:24, 12:5, 12:9

mean [5] - 18:25, 30:9,
30:14, 30:17
means [3] - 9:12,
12:10, 25:5
medication [6] -
10:15, 10:17, 10:20,
10:22, 11:2
Melissa [2] - 1:21,
3:17
members [8] - 3:25,
4:6, 8:15, 8:16,
12:12, 16:5, 21:10,
33:12
memo [1] - 4:17
memorandum [5] -
4:16, 8:3, 33:7, 34:3,
34:20
memory [1] - 37:15
men [1] - 38:18
mental [2] - 39:20,
42:14
mentioned [4] - 15:8,
33:16, 40:8, 44:8
mentor [1] - 27:8
mercy [1] - 22:13
Merit [1] - 46:6
message [1] - 32:25
metropolitan [3] -
37:10, 38:10, 38:11
microphone [2] -
5:21, 34:13
mics [1] - 5:22
middle [1] - 29:14
Middle [1] - 26:13
might [3] - 17:9,
19:22, 38:24
mind [2] - 28:13,
37:24
minimum [5] - 7:14,
9:4, 14:22, 14:24,
15:2
minute [3] - 21:21,
22:6, 35:9
miss [1] - 19:2, 44:7
missed [2] - 23:8,
29:17
mistaken [1] - 13:13
mom [1] - 27:13
moment [5] - 3:22,
10:8, 15:25, 16:3,
22:18
monsters [3] - 18:2,
18:3
month [2] - 9:8, 24:19
months [3] - 39:8,
39:9, 39:11
Morgantown [2] -
40:9, 40:12
morning [9] - 3:5, 3:7,
3:19, 5:5, 5:11, 5:12,

8:15, 25:21, 25:23
**most** [6] - 18:15, 31:23, 32:11, 32:14, 38:2, 38:11
**mother** [4] - 21:12, 22:12, 25:4, 29:2
**mother's** [1] - 26:7
**Mount** [1] - 26:13
**moved** [1] - 27:11
**MR** [53] - 3:7, 3:24, 4:5, 4:8, 4:21, 5:5, 7:16, 7:21, 7:24, 8:2, 8:8, 12:1, 13:17, 15:24, 16:2, 16:10, 18:4, 19:23, 19:25, 22:16, 22:18, 22:20, 22:22, 24:2, 24:8, 24:14, 29:25, 31:5, 31:8, 31:19, 32:4, 32:6, 33:10, 33:15, 34:23, 35:7, 35:12, 40:8, 40:15, 40:23, 40:24, 41:2, 41:6, 41:10, 41:12, 42:4, 43:14, 43:17, 44:6, 44:10, 44:13, 44:18, 44:21
**Mulberry** [1] - 1:16
**multi** [1] - 9:25
**multi-step** [1] - 9:25
**multiple** [2] - 20:18, 40:17
**murder** [6] - 13:10, 14:10, 20:23, 21:12, 37:22, 38:21
**murdered** [6] - 6:1, 16:12, 22:4, 31:24, 31:25, 32:3
**murders** [1] - 38:13
**must** [2] - 9:14, 33:23

## N

**NADINE** [1] - 46:18
**Nadine** [4] - 1:23, 2:25, 3:1, 46:5
**name** [7] - 4:4, 22:23, 22:25, 23:2, 25:22, 25:24, 29:24
**Nasir** [4] - 4:13, 22:20, 22:22, 23:2
**nature** [2] - 31:20, 36:15
**necessarily** [1] - 44:10
**necessary** [4] - 10:4, 42:11, 42:14, 42:15
**need** [9] - 2:8, 7:18, 15:6, 15:7, 19:7, 19:12, 22:25, 34:12, 43:10

---

**needed** [1] - 4:15
**needy** [1] - 27:24
**negative** [2] - 2:12, 20:24
**negativity** [1] - 20:21
**nephew** [3] - 4:14, 22:23, 30:24
**never** [4] - 17:25, 18:1, 27:24, 28:15
**New** [2] - 3:20, 5:10
**new** [2] - 2:7, 2:24
**newer** [1] - 3:2
**news** [1] - 28:11
**next** [2] - 19:18, 29:12
**nice** [10] - 3:1, 3:4, 3:12, 3:13, 3:18, 3:21, 5:9, 5:10, 20:2, 30:19
**night** [1] - 29:9
**nightmare** [1] - 26:20
**nightmares** [1] - 29:9
**nine** [1] - 23:9
**nine-years-old** [1] - 23:9
**NO** [1] - 1:4
**nobody** [1] - 23:9
**noise** [1] - 35:9
**none** [7] - 12:22, 15:24, 21:24, 22:12, 32:13, 33:15
**normal** [1] - 29:8
**NORTHERN** [1] - 1:2
**note** [10] - 2:7, 2:25, 3:16, 6:19, 13:12, 13:20, 14:18, 40:1, 43:3, 43:17
**noted** [4] - 7:13, 15:4, 34:19, 44:7
**notes** [1] - 20:6
**nothing** [11] - 17:9, 17:16, 18:16, 23:9, 23:15, 30:20, 33:25, 35:2, 37:8, 44:18
**notice** [4] - 4:2, 5:25, 35:25
**noting** [1] - 36:18
**nowhere** [3] - 19:6, 19:13, 28:3
**numb** [2] - 37:18, 37:25
**number** [7] - 7:12, 8:4, 17:3, 24:1, 24:7, 33:7, 37:12
**Number** [1] - 2:3
**numbing** [3] - 37:18, 38:9, 38:14

## O

**objection** [2] - 18:6,

---

40:21
**objections** [2] - 8:1, 8:6
**obstructed** [1] - 32:16
**obtaining** [1] - 44:4
**obvious** [1] - 18:13
**obviously** [3] - 40:17, 41:4, 43:11
**occasion** [1] - 7:3
**occasions** [1] - 28:18
**occur** [1] - 32:14
**OF** [3] - 1:1, 1:2, 46:1
**offense** [8] - 13:5, 13:7, 13:8, 13:23, 13:25, 14:13, 31:23, 32:19
**Office** [3] - 1:15, 1:18, 45:7
**Officer** [2] - 1:21, 3:17
**officer** [2] - 42:16, 44:5
**Official** [1] - 1:24
**OFFICIAL** [2] - 46:1, 46:18
**often** [6] - 26:25, 28:2, 28:9, 28:10, 28:22, 29:21
**old** [9] - 6:1, 13:19, 16:12, 23:9, 28:17, 29:1, 36:17, 37:7, 38:23
**older** [3] - 26:8, 26:10, 28:6
**oldest** [1] - 28:6
**once** [1] - 7:7
**One** [11] - 6:7, 13:6, 14:22, 39:8, 39:10, 39:12, 39:13, 39:15, 39:16, 41:18, 41:19
**one** [24] - 3:2, 3:3, 7:11, 8:1, 12:22, 16:5, 17:15, 18:14, 21:9, 21:11, 22:18, 23:19, 26:2, 26:3, 27:2, 31:18, 36:21, 37:5, 37:23, 38:18, 39:11, 41:18, 41:21
**ones** [3] - 3:4, 4:22, 44:9
**opinion** [1] - 8:21
**opinions** [3] - 8:17, 9:19, 9:21
**opportunity** [5] - 6:25, 15:14, 15:17, 15:19, 34:9
**order** [7] - 10:10, 11:17, 12:8, 12:23, 42:18, 43:4, 43:21
**ordered** [2] - 39:7, 42:16

---

**ordering** [1] - 12:8
**otherwise** [1] - 44:2
**outline** [1] - 8:18
**outlined** [1] - 8:12
**outlines** [1] - 20:7
**outlining** [1] - 23:14
**output** [1] - 23:14
**outside** [2] - 24:24, 24:25
**overall** [1] - 9:5
**overflow** [1] - 37:10
**overruled** [1] - 18:6
**overwhelmed** [2] - 38:5
**overwhelming** [1] - 35:21
**own** [5] - 15:19, 24:25, 29:5, 34:4, 34:9

## P

**p.m** [1] - 45:14
**packing** [1] - 29:19
**page** [11] - 7:13, 12:18, 13:13, 15:5, 15:6, 37:14, 43:19, 43:23, 46:11
**pages** [1] - 13:4
**pain** [2] - 18:10, 37:17
**pajamas** [2] - 16:13, 38:23
**paper** [4] - 7:12, 8:4, 33:7, 37:12
**paragraph** [7] - 10:15, 11:1, 12:17, 12:18, 14:4, 15:5, 15:6
**paragraphs** [1] - 15:4
**parents** [2] - 26:10, 26:15
**parole** [5] - 10:10, 14:17, 31:21, 33:2, 39:14
**part** [6] - 12:15, 14:6, 29:4, 29:11, 37:19, 43:21
**participate** [2] - 42:13, 42:15
**passed** [2] - 10:11, 11:7
**past** [1] - 4:1
**Paul** [2] - 1:12, 3:8
**peace** [1] - 35:13
**peas** [2] - 24:21, 26:22
**Penitentiary** [2] - 40:16, 40:25
**penitentiary** [1] - 41:6
**Pennsylvania** [2] - 41:2, 41:3
**people** [13] - 20:18, 21:15, 22:7, 23:6,

---

25:4, 27:25, 30:14, 32:12, 32:17, 37:19, 37:23, 38:13, 38:21
**percent** [2] - 20:22, 28:7
**percentage** [1] - 20:24
**period** [4] - 12:13, 39:8, 41:21, 43:13
**permission** [1] - 44:4
**permitted** [1] - 12:22
**person** [6] - 6:10, 6:13, 6:16, 19:18, 21:12, 28:15, 30:9, 31:3
**personal** [1] - 34:4
**personally** [1] - 34:8
**persons** [2] - 2:19, 4:6
**petty** [1] - 30:17
**phone** [2] - 24:6, 24:15
**photo** [1] - 24:9
**photograph** [1] - 24:3
**photos** [1] - 16:6
**pick** [3] - 27:16, 27:17, 30:18
**picked** [1] - 25:9
**picture** [7] - 24:5, 24:6, 25:9, 25:25, 37:14, 37:15, 37:17
**Pikesville** [1] - 27:17
**place** [3] - 28:9, 29:5, 41:13
**Plaintiff** [2] - 1:3, 1:11
**plan** [1] - 20:7
**plane** [1] - 29:14
**planned** [1] - 22:3
**play** [1] - 29:8
**plea** [1] - 11:22
**pled** [1] - 6:3
**Plexiglass** [1] - 2:14
**pod** [2] - 24:21, 26:23
**podium** [1] - 16:4
**point** [17] - 7:20, 7:23, 8:6, 9:25, 13:3, 15:13, 28:5, 33:17, 34:1, 36:8, 38:5, 41:8, 41:11, 43:15, 44:13, 44:17, 44:19
**points** [1] - 31:11
**police** [1] - 20:15
**policy** [2] - 2:10, 12:14
**population** [1] - 38:12
**portion** [1] - 12:19
**position** [1] - 31:11
**possess** [2] - 6:6, 44:11
**possession** [2] - 6:8, 6:9
**possibility** [3] - 31:14, 31:21, 33:2

**possible** [1] - 33:1
**potential** [1] - 37:7
**pregnant** [2] - 28:21, 28:22
**premeditated** [1] - 13:10
**prepare** [1] - 20:5
**prepared** [1] - 7:1
**preparing** [2] - 11:18, 20:7
**present** [5] - 4:10, 4:11, 4:12, 4:13, 31:3
**Present** [1] - 1:20
**presented** [1] - 37:20
**presentence** [9] - 7:1, 8:24, 10:15, 12:5, 12:9, 12:15, 12:17, 12:19, 13:5
**presenter** [1] - 16:6
**presiding** [1] - 2:10
**presume** [1] - 9:24
**prevent** [1] - 6:16
**previous** [1] - 26:4
**previously** [3] - 9:2, 11:1, 40:5
**primary** [1] - 31:22
**prison** [12] - 17:8, 18:18, 18:22, 18:23, 19:5, 19:7, 19:22, 31:21, 40:4, 41:5, 41:16, 42:23
**Prisons** [2] - 39:8, 39:25
**privately** [1] - 35:11
**PROBATION** [3] - 3:19, 11:4, 13:18
**Probation** [2] - 1:21, 3:17
**probation** [2] - 42:16, 44:4
**problem** [2] - 30:10, 38:3
**Procedure** [1] - 43:5
**procedures** [1] - 11:6
**proceed** [1] - 8:9
**proceeded** [1] - 2:4
**proceeding** [6] - 6:18, 35:19, 45:14
**Proceeding** [1] - 2:1
**proceedings** [5] - 2:17, 11:18, 19:19, 22:14, 46:10
**process** [5] - 8:11, 8:14, 8:19, 9:5, 9:25
**proffered** [1] - 35:16
**program** [3] - 42:14, 42:15, 42:16
**prohibited** [1] - 6:10
**prom** [1] - 29:18

**pronounce** [1] - 4:3
**protect** [2] - 29:3, 36:6
**Protect** [4] - 11:6, 11:9, 11:11, 12:24
**provide** [2] - 2:8, 26:17
**providing** [1] - 45:8
**provision** [1] - 14:18
**provisions** [6] - 9:9, 11:8, 11:9, 14:19, 14:20, 15:11
**Prozac** [1] - 10:16
**psychological** [1] - 39:20
**public** [6] - 2:8, 8:17, 12:11, 32:22, 32:25, 36:6
**punish** [1] - 36:4
**purpose** [4] - 17:10, 17:11, 18:9, 18:12
**purposes** [3] - 36:3, 36:7, 41:15
**Purpura** [11] - 1:15, 5:6, 7:2, 7:22, 8:7, 15:17, 15:22, 18:5, 18:6, 33:9, 34:2, 34:22, 40:14, 41:11, 42:3, 42:21, 43:10, 45:8
**PURPURA** [18] - 5:5, 7:24, 8:8, 15:24, 18:4, 33:10, 33:15, 34:23, 35:7, 35:12, 40:15, 40:24, 41:2, 41:6, 41:12, 42:4, 43:14, 44:21
**pursuant** [3] - 9:25, 43:4, 46:8
**put** [3] - 20:6, 28:11, 35:9

**Q**

**quality** [1] - 45:9
**quantity** [1] - 13:6
**quite** [2] - 4:25, 35:21

**R**

**radius** [1] - 40:18
**raised** [1] - 23:20
**ran** [2] - 17:21, 20:16
**random** [1] - 29:4
**range** [6] - 9:24, 11:21, 13:2, 36:9, 36:11
**rather** [1] - 12:16
**Ray** [2] - 20:16
**RDB-20-0139** [2] - 1:4, 2:3

**read** [7] - 8:3, 33:6, 34:3, 34:5, 42:10, 43:20, 43:24
**reading** [1] - 42:8
**ready** [3] - 8:9, 20:12, 27:20
**real** [2] - 18:2, 18:3
**realized** [3] - 20:5, 21:5, 21:21
**really** [8] - 10:8, 21:3, 25:15, 32:20, 34:24, 35:2, 42:2, 42:17
**Realtime** [1] - 46:5
**reason** [2] - 11:20, 28:17
**reasonable** [1] - 9:24
**reasons** [2] - 11:19, 40:17
**receive** [2] - 39:20, 39:21
**recognize** [1] - 33:5
**recommend** [2] - 39:19, 40:10
**recommendation** [5] - 39:24, 40:4, 40:13, 40:16, 41:4
**recommended** [2] - 43:19, 43:25
**recommends** [1] - 40:11
**reconstructed** [1] - 21:20
**record** [14] - 2:11, 10:25, 14:6, 14:22, 23:1, 23:24, 25:22, 34:3, 34:6, 34:18, 35:15, 36:23, 41:15, 44:22
**redundant** [1] - 26:5
**reference** [1] - 44:5
**referenced** [1] - 8:24
**referencing** [1] - 34:22
**reflect** [6] - 2:11, 11:1, 23:24, 34:19, 35:15, 45:1
**reflected** [3] - 23:23, 37:19, 42:18
**reflects** [6] - 10:16, 14:1, 14:2, 14:4, 14:11, 23:21
**regard** [4] - 5:20, 18:14, 21:14, 21:15
**regardless** [1] - 38:25
**Registered** [1] - 46:6
**regulations** [1] - 46:11
**rehabilitate** [1] - 36:6
**relates** [1] - 13:14
**relation** [2] - 6:12, 6:14
**relationship** [2] - 27:5,

27:10
**relax** [1] - 29:8
**release** [9] - 15:10, 31:14, 39:14, 41:14, 41:16, 41:17, 41:22, 41:24, 43:18
**released** [2] - 42:13, 44:1
**remain** [1] - 5:24
**remains** [1] - 2:9
**remanded** [1] - 39:7
**remarks** [2] - 15:18, 33:6
**remind** [1] - 27:1
**remorse** [1] - 32:15
**remove** [1] - 2:22
**rendered** [2] - 9:2, 9:12
**repeat** [1] - 26:3
**report** [10] - 7:1, 8:25, 10:16, 12:6, 12:9, 12:15, 12:17, 12:19, 13:5, 38:13
**reported** [1] - 46:9
**Reported** [1] - 1:23
**reporter** [2] - 3:1, 34:14
**REPORTER** [2] - 46:1, 46:18
**Reporter** [3] - 1:24, 46:5, 46:6
**represent** [2] - 43:7, 43:9
**representation** [1] - 45:9
**represented** [2] - 37:2, 42:20
**request** [1] - 2:19
**require** [1] - 10:10
**required** [6] - 6:22, 9:4, 11:6, 31:17, 37:22, 39:2
**requirements** [2] - 5:1, 12:24
**requires** [2] - 11:11, 42:1
**respect** [8] - 2:10, 4:7, 9:12, 10:6, 13:25, 42:12, 43:1, 43:2
**respectfully** [1] - 18:4
**rest** [1] - 39:6
**return** [1] - 24:14
**returned** [2] - 2:5, 8:13
**review** [4] - 6:25, 7:3, 9:16, 12:11
**reviewed** [1] - 42:5
**Ricardo** [1] - 2:3
**RICHARD** [1] - 1:10
**ride** [2] - 19:15, 29:14

**rights** [1] - 42:24
**ripples** [1] - 32:10
**RMR** [2] - 1:23, 46:18
**robbery** [3] - 14:5, 14:7, 36:17
**rock** [1] - 37:9
**rough** [1] - 28:2
**route** [1] - 20:17
**rubbed** [1] - 28:21
**ruined** [2] - 24:25, 25:3
**Rule** [1] - 43:5
**rules** [1] - 2:7
**Rules** [1] - 43:5
**rulings** [1] - 43:3
**running** [1] - 20:23

**S**

**sacrifices** [1] - 27:23
**sad** [1] - 27:4
**Sales** [1] - 26:13
**satisfied** [1] - 7:8
**saw** [6] - 21:9, 21:11, 24:7, 26:24
**scared** [7] - 17:15, 17:18, 17:19, 17:23, 24:24, 24:25
**School** [2] - 26:13, 26:14
**school** [10] - 17:13, 17:14, 26:12, 27:17, 27:18, 29:14, 29:15, 29:19, 30:18, 37:16
**screen** [2] - 23:21, 23:23
**seal** [2] - 12:20, 37:13
**seamless** [1] - 27:14
**seated** [4] - 3:22, 5:3, 15:25, 18:5
**second** [6] - 9:20, 23:19, 25:4, 25:7, 35:10, 37:22
**section** [1] - 12:14
**sections** [1] - 9:1
**security** [3] - 18:1, 41:4, 41:5
**see** [14] - 3:1, 3:12, 3:18, 5:9, 12:22, 16:14, 20:2, 24:6, 25:14, 25:25, 27:21, 30:24, 40:20, 43:23
**seeking** [1] - 31:12
**send** [1] - 32:25
**Senior** [1] - 40:2
**senior** [1] - 3:3
**sent** [2] - 12:4, 40:4
**sentence** [29] - 7:14, 7:15, 7:19, 9:4, 10:3, 10:10, 11:13, 11:20,

14:11, 14:15, 15:9, 31:12, 31:13, 31:14, 31:15, 31:20, 32:21, 32:24, 33:2, 33:19, 33:23, 35:1, 35:2, 36:2, 36:10, 36:11, 36:13, 39:2
**sentenced** [1] - 6:4
**sentences** [10] - 5:2, 6:21, 9:16, 11:10, 14:17, 36:12, 39:4, 39:10, 42:9
**Sentencing** [6] - 1:9, 8:23, 10:7, 11:14, 12:9, 33:18
**sentencing** [14] - 2:6, 4:16, 6:18, 8:3, 8:19, 9:10, 10:5, 11:3, 12:4, 12:6, 33:6, 34:19, 35:20, 36:3
**separate** [2] - 9:3, 9:13
**serious** [2] - 23:15, 31:23
**seriousness** [1] - 18:13
**served** [2] - 27:8, 39:18
**set** [4] - 13:4, 13:24, 14:21, 36:3
**seven** [18] - 6:1, 13:19, 16:12, 23:8, 26:23, 28:8, 29:1, 29:18, 32:2, 36:7, 37:7, 37:16, 38:23
**seven-year-old** [4] - 13:19, 16:12, 37:7, 38:23
**seven-year-old-boy** [1] - 6:1
**several** [1] - 33:21
**shake** [1] - 26:25
**shall** [1] - 39:18
**shame** [1] - 21:9
**shocking** [1] - 31:23
**shoot** [1] - 21:17
**shooting** [1] - 38:18
**shortly** [1] - 24:10
**shot** [2] - 29:2, 29:3
**show** [2] - 16:6, 24:8
**showed** [1] - 32:1
**shown** [1] - 32:15
**shows** [1] - 32:6
**sick** [1] - 25:10
**signed** [1] - 37:15
**significantly** [1] - 32:11
**Silver** [1] - 1:19
**simply** [1] - 31:11

**single** [1] - 25:13
**sister** [5] - 4:9, 22:12, 26:25, 27:8, 30:24
**Six** [1] - 6:17, 6:21, 7:18, 7:19, 10:9, 13:20, 13:22, 14:17, 15:9, 31:16, 33:22, 36:10, 36:13, 39:1, 39:16, 41:20
**six** [4] - 2:5, 6:5, 33:17, 37:14
**six-count** [1] - 37:14
**sixth** [1] - 29:13
**size** [1] - 38:12
**sleep** [1] - 29:8
**small** [1] - 20:24
**smart** [1] - 26:11
**snap** [1] - 25:11
**snatched** [1] - 29:5
**solve** [2] - 35:25, 44:25
**someone** [2] - 17:20, 44:3
**sometimes** [3] - 27:4, 28:16
**son** [14] - 13:11, 13:19, 13:20, 18:16, 18:19, 18:20, 18:24, 26:1, 26:17, 26:21, 28:6, 28:20, 28:25, 30:21
**son's** [1] - 29:6
**sorry** [10] - 5:16, 15:5, 15:6, 16:14, 17:1, 17:2, 21:23, 22:21, 29:10, 43:25
**sort** [1] - 23:23
**soul** [1] - 22:13
**speakers** [1] - 21:17
**speaking** [3] - 23:24, 23:25, 24:4
**speaks** [3] - 37:11, 37:21, 38:14
**Special** [2] - 3:9, 3:10
**special** [2] - 24:23, 42:21
**specific** [1] - 40:13
**specifically** [4] - 9:23, 11:11, 14:4, 14:16
**spell** [1] - 22:23
**spoiled** [1] - 26:9
**spoiling** [1] - 27:2
**Spring** [1] - 1:19
**Sr** [1] - 19:20
**St** [1] - 26:12
**stable** [1] - 26:10
**staff** [1] - 36:24
**stand** [3] - 21:10, 34:7, 45:13
**standard** [3] - 41:23,

42:7, 43:24
**standing** [1] - 5:24
**started** [1] - 20:5
**starting** [2] - 9:25, 36:8
**state** [8] - 11:16, 14:11, 20:20, 22:25, 25:21, 38:3, 38:4, 38:6
**statement** [5] - 11:19, 26:3, 28:17, 34:9, 34:10
**statements** [5] - 4:18, 4:19, 31:4, 37:20
**STATES** [2] - 1:1, 1:2
**States** [17] - 1:12, 2:3, 8:17, 8:20, 8:21, 8:22, 9:19, 9:21, 9:23, 11:12, 11:15, 33:18, 36:4, 38:12, 40:25, 46:6, 46:12
**status** [1] - 2:14
**statute** [8] - 6:22, 9:4, 10:9, 10:11, 13:24, 33:22, 39:9
**statutorily** [3] - 31:17, 36:12, 39:1
**statutory** [8] - 5:1, 9:3, 9:13, 14:18, 14:20, 15:11, 35:1, 41:8
**stay** [4] - 17:16, 18:1, 18:2, 27:13
**stay-at-home** [1] - 27:13
**stealing** [1] - 21:17
**stenographically** [1] - 46:9
**stenographically-reported** [1] - 46:9
**step** [2] - 9:25, 13:1
**stepfather** [3] - 4:12, 29:25, 30:7
**steps** [1] - 43:12
**stiffest** [1] - 32:24
**still** [7] - 2:9, 9:14, 10:8, 12:24, 17:24, 30:21, 30:23
**stole** [1] - 29:6
**stolen** [2] - 17:20, 17:21
**stood** [1] - 27:25
**stop** [1] - 23:20
**street** [1] - 26:11
**Street** [3] - 1:13, 1:16, 1:24
**street-smart** [1] - 26:11
**streets** [1] - 38:17
**stressful** [1] - 27:14
**strong** [1] - 35:23

**student** [1] - 36:24
**study** [1] - 20:8
**stuff** [3] - 16:23, 19:1, 25:3
**subject** [3] - 9:16, 12:11, 12:19
**submission** [3] - 7:12, 37:12, 37:14
**submissions** [1] - 31:9
**submitted** [5] - 8:4, 33:7, 33:24, 34:20, 37:13
**substance** [1] - 42:13
**successful** [1] - 35:4
**sufficient** [1] - 10:4
**suggest** [1] - 33:20
**suggested** [1] - 44:9
**Suite** [1] - 1:18
**summarizes** [1] - 37:17
**superseding** [7] - 2:6, 6:5, 11:23, 11:24, 12:1, 12:3, 12:4
**supervised** [6] - 41:3, 41:16, 41:17, 41:21, 41:24, 43:18
**supervision** [1] - 42:7
**supported** [1] - 35:22
**supposed** [3] - 16:22, 24:19, 28:23
**Supreme** [7] - 8:18, 8:20, 8:22, 8:25, 9:7, 9:20, 9:22
**Sweet** [1] - 29:18
**sweetheart** [1] - 30:9
**system** [7] - 16:6, 26:12, 38:3, 38:4, 38:6, 38:7

## T

**table** [1] - 3:9
**tables** [2] - 5:23, 28:3
**tears** [1] - 28:7
**tee** [1] - 16:8
**telephone** [7] - 23:22, 23:23, 23:25, 24:7, 24:9, 24:12
**ten** [3] - 7:14, 15:1, 15:2
**ten-year** [1] - 7:14
**Teresa** [3] - 1:17, 1:18, 5:6
**term** [6] - 14:22, 14:23, 14:24, 14:25, 15:1, 15:9
**terms** [6] - 5:1, 15:7, 15:16, 35:21, 37:9, 43:24

**tested** [1] - 2:12
**testified** [1] - 6:3
**Texas** [1] - 27:11
**THE** [117] - 1:1, 1:1, 1:10, 2:2, 3:12, 3:19, 3:20, 4:2, 4:6, 4:15, 4:24, 5:9, 5:12, 5:13, 5:15, 5:16, 5:17, 5:18, 6:23, 6:24, 7:4, 7:5, 7:7, 7:8, 7:10, 7:11, 7:17, 7:22, 7:25, 8:3, 8:9, 10:13, 10:14, 10:18, 10:19, 10:21, 10:22, 10:24, 10:25, 11:5, 12:3, 13:19, 15:25, 16:7, 16:11, 16:17, 16:18, 16:21, 17:1, 17:3, 17:5, 17:6, 18:5, 18:8, 18:9, 18:11, 18:12, 18:22, 19:4, 19:6, 19:7, 19:9, 19:11, 19:13, 19:16, 19:24, 20:2, 20:4, 22:15, 22:17, 22:19, 22:21, 22:25, 23:2, 23:19, 24:6, 24:12, 24:24, 24:17, 25:19, 25:23, 29:23, 30:2, 30:4, 30:6, 31:2, 31:6, 31:16, 32:2, 32:5, 33:4, 33:11, 34:2, 34:11, 34:12, 34:15, 34:17, 35:6, 35:8, 35:15, 35:18, 35:19, 40:10, 40:21, 40:25, 41:3, 41:7, 41:11, 41:13, 42:6, 43:15, 43:23, 44:7, 44:12, 44:16, 44:19, 44:22
**themselves** [3] - 35:14, 36:19, 36:20
**thereafter** [1] - 24:10
**they've** [1] - 2:20
**third** [5] - 4:22, 12:1, 12:3, 36:24
**third-year** [1] - 36:24
**thought-out** [1] - 21:1
**thoughts** [1] - 29:20
**Three** [8] - 6:11, 13:8, 14:25, 39:11, 39:13, 39:15, 39:16, 41:19
**three** [4] - 17:3, 23:17, 26:7, 41:19
**throw** [1] - 20:9
**thrust** [1] - 34:21
**Title** [1] - 36:8
**Tobacco** [1] - 45:3
**today** [11] - 2:6, 5:2,

10:15, 21:4, 21:5,
29:2, 30:6, 30:21,
32:8, 37:21, 37:24
**together** [3] - 24:21,
24:22, 28:22
**tomorrow** [1] - 29:2
**Tone** [5] - 26:24, 30:8,
30:17
**Tony** [11] - 20:13,
23:3, 23:18, 24:18,
25:10, 25:13, 26:1,
27:17, 28:7, 28:22
**Tony's** [1] - 28:20
**took** [11] - 10:19,
20:14, 20:15, 21:2,
21:16, 22:2, 23:3,
23:6, 23:15, 30:20
**top** [1] - 45:9
**total** [4] - 13:23,
13:25, 14:13, 41:21
**tough** [2] - 19:15, 28:6
**tour** [1] - 37:1
**tours** [1] - 37:1
**toxic** [1] - 34:4
**trafficking** [2] - 6:12,
6:15
**tragic** [2] - 28:9, 28:25
**training** [1] - 39:22
**transcript** [2] - 46:9,
46:11
**transition** [1] - 27:14
**treatment** [3] - 39:20,
42:14, 42:15
**trial** [5] - 2:4, 3:11,
6:3, 11:25, 26:4
**tried** [1] - 30:11
**true** [3] - 11:15, 11:16,
46:9
**trust** [2] - 29:7, 30:12
**trusting** [1] - 30:9
**try** [2] - 19:11, 19:21
**trying** [1] - 18:8
**turf** [1] - 38:17
**turn** [2] - 23:7, 29:13
**turned** [1] - 28:3
**Two** [10] - 6:8, 13:6,
14:24, 39:10, 39:12,
39:13, 39:15, 39:16,
41:18, 41:20
**two** [16] - 4:22, 8:17,
9:1, 9:19, 9:20,
20:18, 23:5, 23:11,
24:21, 25:4, 26:22,
28:6, 28:11, 31:17,
32:12, 38:21
**types** [1] - 32:25
**typographical** [1] -
13:13

**U**

**U.S** [7] - 3:16, 10:11,
11:7, 36:25, 37:1,
37:2, 45:7
**U.S.C** [1] - 46:8
**ultimate** [1] - 39:4
**umm** [1] - 21:5
**umm-hmm** [1] - 21:5
**unable** [3] - 29:7, 29:8
**unclear** [1] - 40:6
**under** [11] - 13:23,
14:14, 14:15, 14:20,
16:14, 33:18, 33:21,
33:22, 36:1, 36:7,
37:13
**undivided** [1] - 27:4
**unintentional** [1] -
24:14
**UNITED** [2] - 1:1, 1:2
**United** [17] - 1:12, 2:2,
8:17, 8:20, 8:21,
8:22, 9:19, 9:21,
9:23, 11:12, 11:15,
33:18, 36:3, 38:11,
40:25, 46:6, 46:12
**units** [1] - 20:18
**unless** [2] - 15:12,
15:21
**unlikely** [2] - 41:17,
44:1
**uno** [1] - 27:1
**unreasonableness** [1]
- 9:17
**unusual** [1] - 32:7
**up** [19] - 15:2, 16:8,
16:19, 18:25, 23:2,
23:7, 23:22, 25:9,
25:13, 25:17, 27:10,
27:17, 27:25, 30:7,
30:18, 31:20, 34:12,
34:24
**upheld** [2] - 8:22, 8:25
**US** [3] - 11:14, 12:9,
40:16

**V**

**vaccinated** [12] - 2:11,
2:14, 2:15, 2:20,
2:21, 2:23, 3:11,
3:14, 3:21, 5:7, 5:13,
16:16
**vehemence** [1] - 18:7
**venting** [1] - 18:17
**verdict** [5] - 2:5, 8:13,
14:10, 33:17, 35:22
**verify** [1] - 6:25
**versa** [1] - 26:22
**vice** [1] - 26:21

**victim** [8] - 4:18, 6:1,
15:16, 16:12, 21:23,
24:5, 37:20, 40:2
**victim's** [1] - 32:9
**victims** [4] - 4:2, 5:25,
35:14, 44:3
**victims'** [1] - 35:13
**view** [11] - 7:20, 7:23,
8:6, 13:3, 15:13,
35:21, 41:8, 41:11,
44:17, 44:19
**viewpoint** [1] - 18:17
**Village** [1] - 27:16
**violence** [9] - 6:13,
6:15, 32:18, 37:10,
37:18, 37:25, 38:10,
38:14, 38:18
**violent** [1] - 38:11
**Virginia** [4] - 19:9,
19:10, 40:9, 40:12
**Vistaril** [1] - 10:16
**vocational** [2] - 39:22,
42:16
**voice** [3] - 16:19,
25:15, 34:12
**volumes** [1] - 37:21
**vs** [1] - 1:4

**W**

**wages** [1] - 42:23
**waiting** [1] - 17:11
**waive** [2] - 42:2, 42:4
**waived** [1] - 42:8
**walk** [1] - 21:24
**wall** [1] - 2:13
**Walmart** [2] - 21:17,
21:18
**Washington** [3] -
11:14, 12:10, 12:13
**watch** [2] - 17:25, 27:6
**watched** [1] - 30:7
**Wayne** [1] - 1:18
**ways** [1] - 33:1
**weapon** [2] - 14:5,
14:7
**wearing** [1] - 2:13
**Weaver** [5] - 1:20,
3:10, 3:13, 44:23,
45:4
**Wednesday** [1] - 1:7
**week** [1] - 2:7
**weekend** [1] - 3:11
**welcome** [5] - 2:24,
3:22, 4:20, 4:25,
33:13
**welcoming** [1] - 29:12
**West** [4] - 19:9, 19:10,
40:8, 40:12
**Whalen** [10] - 1:17,

1:18, 5:6, 5:7, 7:2,
7:22, 15:17, 40:20,
42:21, 45:8
**whole** [1] - 23:13
**wife** [1] - 22:12
**Wilder** [5] - 4:10, 4:11,
19:25, 29:25, 30:4
**wilder** [2] - 20:2,
22:15, 31:2
**William** [3] - 1:15,
1:15, 5:5
**Wilson** [2] - 3:2, 3:3
**wiser** [1] - 26:10
**wish** [2] - 34:8, 35:13
**witness** [5] - 4:18,
6:16, 23:24, 37:8,
38:24
**WITNESS** [16] - 16:17,
16:21, 17:3, 17:6,
18:8, 18:11, 18:22,
19:6, 19:9, 19:13,
20:4, 23:2, 24:17,
25:23, 30:2, 30:6
**witness'** [1] - 29:24
**witnesses** [3] - 4:17,
15:15, 33:14
**woman** [1] - 31:24
**wonder** [1] - 29:21
**word** [1] - 45:1
**world** [1] - 26:23
**worn** [1] - 2:8
**worry** [1] - 19:13
**worst** [2] - 29:4,
36:21, 37:5
**writing** [2] - 20:6, 20:7
**written** [1] - 4:22

**Y**

**Yasmine** [1] - 3:3
**Year** [2] - 3:20, 5:10
**year** [16] - 2:24, 6:1,
7:14, 8:13, 11:8,
13:19, 16:12, 22:2,
23:7, 27:9, 27:11,
29:14, 36:24, 37:7,
38:14, 38:23
**years** [36] - 8:18, 8:20,
9:7, 9:20, 9:22, 14:7,
14:11, 14:23, 14:25,
15:1, 15:2, 18:15,
23:9, 23:11, 26:24,
27:8, 28:6, 28:8,
29:1, 29:18, 29:21,
30:8, 32:2, 35:24,
36:16, 36:21, 37:4,
37:6, 37:16, 41:18,
41:19, 41:20, 41:23
**yesterday** [4] - 2:12,
21:7, 21:8, 22:1

**young** [10] - 4:4, 23:4,
26:15, 26:16, 28:16,
31:24, 32:12, 34:4,
37:19, 37:23
**younger** [2] - 23:11,
40:3
**youngest** [2] - 26:6,
28:20

**§**

**§** [1] - 46:8
**§3553(a)(2** [1] - 36:4
**§5C1.1** [1] - 14:14