05/28/2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                                    DEPUTY
        JUN - 1 2026

____ FILED    ____ ENTERED
____ LOGGED   ____ RECEIVED

Andre Ricardo Briscoe #61931509
P.O. Box 2000
Bruceton Mills, W.V. 26525

Case # 1:20-cr-00139-RDB-1
Civil Action # 1:25-cv-03424-RDB

Judge Richard D. Bennett
101 W. Lombard St
Baltimore, M.D. 21201

## Petitioner's Motion For Issuance Of Show Cause order

Comes Now the Petitioner, Andre R
Briscoe Jr in PRO-SE, in necessity,
and hereby MOVES this court to issue
an ORDER requiring the Government to
show Cause as to why the Petitioner's
§2255 motion should not be granted,
pursuant to Rule governing §2255,
Rule 4. In support, the Petitioner
shows the Court the Following:
1. In October of 2025, the Petitioner
Filed a detailed 28 U.S.C § 2255 motion
with exhibits

2). In October of 2025 Petitioner filed a supplement Motion to Petitioner's § 2255 motion.

3). Court ordered Government to respond to petitioners 28 U.S.C § 2255 motion within 60 days Entered 10/30/2025. Signed by Judge Richard D. Bennett

4/). Petitioner filed an Amendment (entered 12/11/2025) and a Supplement (motion to Correct Entered 04/16/2026) to this 28.U.S.C. § 2255 motion.

5). Government has asked for 3 Extension (12/29/2025 entered 12/30/2025, 02/27/2026 entered 03/02/2026, and 04/13/2026 entered 04/13/2026.

6) Rules governing 28 U.S.C § 2255 proceeding in the United States District Court, Rule 4(b) States in part " If the motion is not dismissed, the Judge must order the United States Attorney to file an answer..." (Emphasis added)

  WHEREFORE NOW, above premises Considered, the Petitioner hereby Moves this Court to issue a show Cause order in Compliance with Rule 4 (b) mandatory

language.

Done this on the 25th day of May 2026

Respectfully Submitted,

Andre R Briscoe Jr